AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the  E-filing

Northern District of California

| | | |
|---|---|---|
| RICHARD S. BONDAR | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| BANK OF AMERICA CORPORATION, ET AL. | ) | |
| Defendant | ) | |

CV 08 2599

## Summons in a Civil Action

SC

To: BANC OF AMERICA SECURITIES, LLC
*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Daniel C. Girard, Jonathan K. Levine, Aaron M. Sheanin
Girard Gibbs LLP
601 California Street, Suite 1400, San Francisco, California 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAY 22 2008

Deputy clerk's signature

MARY ANN BUCKLE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _____

                                                                     Server's signature

                                                                   Printed name and title

                                                                   Server's address