| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108 | 415 981-4800<br><br>Ref. No. or File No. | |
| ATTORNEY FOR   PLAINTIFF | | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE:<br>BONDAR v. BANK OF AMERICA | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 199084 | | | | CV 08-2599 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CERTIFICATION OF PROPOSED LEAD PLAINTIFF; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CASE MANAGEMENT CONFERENCE; ORDER RE TIMELY FILING OF PLEADINGS; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; U.S DISTRICT COURT OFFICE HOURS.

2. a. Party served:   BANC OF AMERICA SECURITIES,
               LLC by serving its Agent for Service of Process
               CT CORPORATION SYSTEMS, INC.
   b. Person served: MARGARET WILSON
               Clerk
   c. Address: 818 W SEVENTH ST
               SECOND FLOOR
               LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 05/28/08 (2) At: 12:35PM

5. Person serving: KYLE GLEASON          Fee for service $     .00

APEX ATTORNEY SERVICES           d.  Registered California process server
1055 W SEVENTH ST                (1) [ X ] Employee or [  ] Independent Contractor
LOS ANGELES, CA 90017            (2) Registration No. 3104
   FAX                           (3) County: LOS ANGELES
                                 (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 06/03/08                    
                                  SIGNATURE