1 | Daniel C. Girard (State Bar No. 114826)
  | dcg@girardgibbs.com
2 | Jonathan K. Levine (State Bar No. 220289)
  | jkl@girardgibbs.com
3 | Aaron M. Sheanin (State Bar No. 214472)
  | ams@girardgibbs.com
4 | Christina Connolly Sharp (State Bar No. 245869)
  | chc@girardgibbs.com
5 | **GIRARD GIBBS LLP**
  | 601 California Street, Suite 1400
6 | San Francisco, CA 94108
  | Telephone:  (415) 981-4800
7 | Facsimile:   (415) 981-4846

8 | Attorneys for Plaintiff Richard S. Bondar,
  | As Trustee of the Bondar Family Trust Dated 4/1/91

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD S. BONDAR, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES, LLC,<br><br>Defendants. | **Case No. CV-08-02599 (JSW)**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1
2     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

3
4  Dated: June 11, 2008                    Respectfully submitted,

5                                           **GIRARD GIBBS LLP**

6
7                                            */s/ Aaron M. Sheanin*
                                              Aaron M. Sheanin

8                                           Daniel C. Girard
9                                           Jonathan K. Levine
                                            Christina Connolly Sharp
10                                          601 California Street, 14th Floor
                                            San Francisco, CA 94108
11                                          Telephone: (415) 981-4800
                                            Facsimile: (415) 981-4846
12
                                            Counsel for Plaintiff Richard S. Bondar,
13                                          As Trustee of the Bondar Family Trust Dated 4/1/91

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Aaron M. Sheanin, hereby certify that on June 11, 2008, I caused the foregoing document to be filed electronically with the United States District Court for the Northern District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of June, 2008 at San Francisco, California.

*/s/ Aaron M. Sheanin*