DEBRA S. BELAGA (S.B. #083237)
dbelaga@omm.com
AARON M. ROFKAHR (S.B. #227008)
arofkahr@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, Ste. 2600
San Francisco, CA 94111-3305
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Defendants
Bank of America Corporation, Banc of America
Investment Services, Inc., and Banc of America
Securities LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard S. Bondar, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>    v.<br><br>Bank of America Corporation, Banc of America Investment Services, Inc., and Banc of America Securities LLC,<br><br>             Defendants. | Case No.  C 08-02599 JSW<br><br>**Stipulation and [Proposed] Order Extending Time For Defendants To Respond To Plaintiff's Complaint** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendants Bank of America Corporation, Banc of America Investment Services, Inc., and Banc of America Securities LLC ("Bank of America") to move, answer, or otherwise respond to Plaintiff's Class Action Complaint will be extended to no later than 60 days from the filing of an amended or consolidated complaint, to be filed after selection of lead plaintiff and lead counsel pursuant to the provisions of the Private Securities Litigation Reform Act. No prior extension has been requested or granted. A proposed order is attached.

Dated: June 16, 2008

O'MELVENY & MYERS LLP

By:  /s/  Aaron M. Rofkahr
Debra S. Belaga
Aaron M. Rofkahr
Attorneys for Defendants
Bank of America Corporation, Banc of
America Investment Services, Inc., and
Banc of America Securities LLC

GIRARD GIBBS LLP

/s/   Christina H. C. Sharp
Daniel C. Girard (State Bar No. 114826)
Jonathan K. Levine (State Bar No. 220289)
Aaron M. Sheanin (State Bar No. 214472)
Christina H. C. Sharp (State Bar No. 245869)
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108

Counsel to Plaintiff Richard S. Bondar, As Trustee of the Bondar Family Trust Dated 4/1/91

I, Aaron M. Rofkahr, am the ECF User whose ID and password are being used to file this Joint Stipulation Extending Time for Defendants to Respond to Plaintiff's Complaint. In compliance with General Order 45, X.B., I hereby attest that Christina H. C. Sharp has concurred in this filing.

/s/ Aaron M. Rofkahr
Aaron M. Rofkahr

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard S. Bondar, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually And on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>Bank of America Corporation, Banc of America Investment Services, Inc., and Banc of America Securities LLC,<br><br>    Defendant. | Case No.  C 08-02599 JSW<br><br>**[Proposed] Order Extending Time For Defendants To Respond To Plaintiff's Complaint** |

  The Court, after considering the Stipulation Extending Time for Defendants to Answer Plaintiff's Class Action Complaint, hereby **ORDERS** that Defendants Bank of America Corporation, Banc of America Investment Services, Inc., and Banc of America Securities LLC ("Bank of America") shall have 60 days from the filing of an amended or consolidated complaint, to be filed after the selection of lead plaintiff and lead counsel pursuant to the provisions of the Private Securities Litigation Reform Act, to move, answer or otherwise respond to Plaintiff's Class Action Complaint.

  IT IS SO **ORDERED** on this _____ day of _____, 2008.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE