UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| Richard S. Bondar, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually And on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Bank of America Corporation, Banc of America Investment Services, Inc., and Banc of America Securities LLC,<br><br>Defendant. | Case No. C 08-02599 JSW<br><br>[Proposed] Order Extending Time For Defendants To Respond To Plaintiff's Complaint |

The Court, after considering the Stipulation Extending Time for Defendants to Answer Plaintiff's Class Action Complaint, hereby **ORDERS** that Defendants Bank of America Corporation, Banc of America Investment Services, Inc., and Banc of America Securities LLC ("Bank of America") shall have 60 days from the filing of an amended or consolidated complaint, to be filed after the selection of lead plaintiff and lead counsel pursuant to the provisions of the Private Securities Litigation Reform Act, to move, answer or otherwise respond to Plaintiff's Class Action Complaint.

IT IS SO **ORDERED** on this __17th__ day of __June__, 2008.

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE