Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
Christina H. C. Sharp (State Bar No. 245869)
chc@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for the Sitrin Group

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. BONDAR, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES, LLC,<br><br>Defendants. | **Case No. CV-08-2599 (JSW)**<br><br>**CERTIFICATION OF DANIEL C. GIRARD PURSUANT TO CIVIL L.R. 3-7(d)** |

1  I, Daniel C. Girard, under penalty of perjury, hereby declare:

2  1.  I am a partner of Girard Gibbs LLP and am admitted to practice in the Northern District of California.  I submit this certification pursuant to Civil Local Rule 3-7(d).

3  2.  I affirm that I do not directly own or otherwise have a beneficial interest in the securities that are the subject of *Bondar v. Bank of America Corp., et al.*, Case No. CV-08-2599 (JSW).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of July, 2008 at San Francisco, California.


                         */s/ Daniel C. Girard*
                             Daniel C. Girard

CERTIFICATION OF DANIEL C. GIRARD PURSUANT TO CIVIL L.R. 3-7(d)

**CERTIFICATE OF SERVICE**

I, Jonathan K. Levine, hereby certify that on July 21, 2008, I caused the foregoing document to be filed electronically with the United States District Court for the Northern District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of July, 2008 at San Francisco, California.

*/s/ Jonathan K. Levine*