1  MILBERG LLP
   JEFF S. WESTERMAN (SBN 94559)
2  E-mail:jwesterman@milberg.com
   One California Plaza
3  300 South Grand Ave., Suite 3900
   Los Angeles, CA  90071
4  Telephone: (213) 617-1200
   Facsimile:  (213) 617-1975
5

6  LAW OFFICES OF GEORGE A. SHOHET,
   A PROFESSIONAL CORPORATION
7  GEORGE A. SHOHET (SBN 112697)
   E-mail:georgeshohet@gmail.com
8  245 Main Street, Suite 310
   Venice, California 90291
9  Telephone: (310) 452-3176
   Facsimile:  (310) 452-2270
10

   *Proposed Co-Lead Counsel*
11

12                UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14  | RICHARD S. BONDAR, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. C 08-02599 JSW |
    | :--- | :--- | :--- |
    |  | ) ) | NOTICE OF MOTION OF HANOCH BEN-TAL, AS TRUSTEE FOR THE BENEFIT OF THE BENTAL FAMILY TRUST AND ARIC A. STREIT AND MARY STREIT AS TRUSTEES FOR THE BENEFIT OF THE STREIT LIVING TRUST, FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL |
    | Plaintiff, | ) ) ) ) ) |  |
    | v. | ) ) |  |
    | BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES, LLC, | ) ) ) ) ) ) |  |
    | Defendants. | ) ) ) |  |
    |  | ) ) ) ) ) ) ) | DATE:      August 29, 2008<br>TIME:      9:00 a.m.<br>CTRM:      17th Floor<br>JUDGE:    Hon. Jeffrey S. White |

28  | NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL<br>Case No. C 08-02599 JSW | |
    | :--- | :--- |

DOCS\440652v1

1       PLEASE TAKE NOTICE that Hanoch Ben-Tal, as Trustee for the Ben-Tal Family Trust,

2 and Aric A. Streit and Mary Streit, as Trustees for the Benefit of The Streit Living Trust

3 ("Movants"), by their counsel, will hereby move this Court on a date and at such time as may be

4 designated by the Court, at 450 Golden Gate Ave., San Francisco, California 94102, for an order:

5 (i) consolidating the above-captioned action with any other related actions for all purposes

6 pursuant to Fed. R. Civ. P. 42(a); (ii) appointing Hanoch Ben-Tal, as Trustee for the Ben-Tal

7 Family Trust, and Aric A. Streit and Mary Streit as Trustees for the Benefit of The Streit Living

8 Trust as Co-Lead Plaintiffs in the above-captioned action and any related actions alleging

9 violations of the securities laws; (iii) approving Movants' selection of the law firms of Milberg

10 LLP ("Milberg") and Law Offices of George A. Shohet, A Professional Corporation ("Shohet")

11 to serve as Co-Lead Counsel in the Securities Actions; and (iv) granting such other and further

12 relief as the Court may deem just and proper.  In support of this Motion, Movants submit

13 herewith a Memorandum of Law, a [Proposed] Order, and the Declaration of Jeff S. Westerman,

14 dated July 21, 2008.

15  Dated: July 21, 2008                       MILBERG LLP
16                                  JEFF S. WESTERMAN

17

18                            By:_____*/s/ Jeff S. Westerman*____
                              JEFF S. WESTERMAN

19                            One California Plaza
20                            300 South Grand Avenue, Suite 3900
                           Los Angeles, California 90071
21                            Telephone: (213) 617-1200
                           Facsimile:  (213) 617-1975
22                            E-mail: jwesterman@milberg.com

23                            LAW OFFICES OF GEORGE A. SHOHET,
                           A PROFESSIONAL CORPORATION
24                            GEORGE A. SHOHET
                           245 Main Street, Suite 310
25                            Venice, California 90291
                           Telephone: (310) 452-3176
26                            Facsimile:  (310) 452-2270
                           E-mail: georgeshohet@gmail.com

27

28

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND
APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL      - 1 -
Case No. C 08-02599 JSW

DOCS\440652v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Hanoch Ben-Tal as Trustee of the Ben-Tal Family Trust and Aric A. Streit and Mary Streit as Trustees for the benefit of the Streit Living Trust and Proposed Co-Lead Counsel for the Class*

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL
Case No. C 08-02599 JSW

- 2 -

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2.      That on July 21, 2008, declarant served the NOTICE OF MOTION OF HANOCH BEN-TAL, AS TRUSTEE FOR THE BENEFIT OF THE BENTAL FAMILY TRUST AND ARIC A. STREIT AND MARY STREIT AS TRUSTEES FOR THE BENEFIT OF THE STREIT LIVING TRUST, FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

4.      That on the above date, declarant served via e-mail to:  scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of July, 2008, at Los Angeles, California.

_____
ANN MARIE GENOVESE

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL
Case No. C 08-02599 JSW
DOCS\440652v1

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Bank of America Corporation*
**Service List**

**_Plaintiffs Counsel:_**

Jeff S. Westerman
**MILBERG LLP**
300 South Grand Ave., Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milberg.com

Daniel C. Girard
Jonathan K. Levine
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com
         jkl@girardgibbs.com

Christopher S. Seeger
Steven A. Weiss
David R. Buchanan
**SEEGER WEISS LLP**
One William Street
New York, NY  10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Email: cseeger@seegerweiss.com
         sweiss@seegerweiss.com
         dbuchanan@seegerweiss.com

Shawn Khorrami
**KHORRAMI POLLARD & ABIR LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, CA  90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email:  SKhorrami@kpalawyers.com

George A. Shohet
**LAW OFFICES OF GEORGE A. SHOHET,
  A PROFESSIONAL CORPORATION**
245 Main Street, Suite 310
Venice, CA  90291
Telephone: (310) 452-3176
Email: georgeshohet@gmail.com

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone: (816) 714-7100
Facsimile: (816) 714) 7101
Email: siegel@stuevesiegel.com

Eileen L. McGeever
**RUSHALL & MCGEEVER**
6100 Innovation Way
Carlsbad, CA  92009
Telephone: (760) 438-6855
Facsimile: (760) 438-3026
Email: RM@rushallmcgeever.com

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND
APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL
Case No. C 08-02599 JSW

- 4 -

DOCS\440652v1

1

***Defendants Counsel:***

2

Debra S. Belaga

3

Aaron M. Rofkahr

**O'MELVENY & MYERS LLP**

4

Embarcadero Center West

275 Battery Street, Ste. 2600

5

San Francisco, CA  94111-3305

Telephone: (415) 984-8700

6

Facsimile: (415) 984-8701

7

Email: dbelaga@omm.com

        arofkahr@omm.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL

Case No. C 08-02599 JSW

- 5 -



1
2
3
4
5
6
7
8
9
10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12    RICHARD S. BONDAR, as Trustee of the        )    Civil Action No. C 08-02599 JSW
      Bondar Family Trust Dated 4/1/91, Individually )
13    And On Behalf of All Others Similarly Situated, )    [PROPOSED] ORDER
                                                   )    CONSOLIDATING ACTIONS,
14                        Plaintiff,               )    APPOINTING CO-LEAD PLAINTIFFS
                                                   )    AND APPROVING LEAD
15         v.                                      )    PLAINTIFFS' SELECTION OF CO-
                                                   )    LEAD COUNSEL
16    BANK OF AMERICA CORPORATION, BANC )
      OF AMERICA INVESTMENT SERVICES,              )
17    INC., and BANC OF AMERICA SECURITIES,        )    DATE:       August 29, 2008
      LLC,                                          )    TIME:       9:00 a.m.
18                                                 )    CTRM:       17th Floor
                          Defendants.              )    JUDGE:      Hon. Jeffrey S. White
19    ─────────────────────────────────────       )

20
21
22
23
24
25
26
27
28    [PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING CO-LEAD PLAINTIFFS
      AND APPROVING LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL ~ Case No. C
      08-02599 JSW

      DOCS\440653v1

1    Upon consideration of the motions and supporting papers for consolidation, appointment

2    of co-lead plaintiffs and co-lead counsel in the above-captioned action and for good cause

3    shown,

4    IT IS HEREBY ORDERED THAT:

5    1.    The Motion of Hanoch Ben-Tal, as Trustee for the Ben-Tal Family Trust, and

6    Aric A. Streit and Mary Streit as Trustees for the benefit of The Streit Living Trust is

7    GRANTED;

8    2.    *Bondar v. Bank of American Corporation, et. al.*, Civil Action C 08-02599-JSW

9    is hereby ordered to be consolidated for all purposes pursuant with any related actions

10   subsequently filed in or transferred to this District pursuant to Fed. R. Civ. P. 42(a), under the

11   caption *In re Bank of America Securities Litigation*, Master File No. _____;

12   3.    Hanoch Ben-Tal, as Trustee for the Ben-Tal Family Trust, and Aric A. Streit and

13   Mary Streit, as Trustees for the benefit of The Streit Living Trust, are hereby APPOINTED to

14   serve as Co-Lead Plaintiffs in the above-referenced action alleging violations of the securities

15   laws, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange

16   Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act

17   of 1995.

18   4.    The law firms of Milberg LLP ("Milberg") and Law Offices of George A. Shohet,

19   A Professional Corporation ("Shohet") are hereby APPOINTED to serve as Co-Lead Counsel for

20   the Class in the Securities Actions, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15

21   U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation

22   Reform Act of 1995, in the above-captioned action.

23   SO ORDERED.

24   DATED: _____, 2008    _____

25   HON. JEFFREY S. WHITE
     UNITED STATES DISTRICT JUDGE

26

27

28   [PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING CO-LEAD PLAINTIFFS AND    - 1 -
     APPROVING LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL
     Case No. C 08-02599 JSW

     DOCS\440653v1

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1.     That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2.     That on July 21, 2008, declarant served the [PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING CO-LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.     That there is a regular communication by mail between the place of mailing and the places so addressed.

4.     That on the above date, declarant served via e-mail to:  scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of July, 2008, at Los Angeles, California.

_____
ANN MARIE GENOVESE

---

[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING CO-LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL
Case No. C 08-02599 JSW

- 2 -

DOCS\440653v1

*Bank of America Corporation*
**Service List**

*Plaintiffs Counsel:*

Jeff S. Westerman
**MILBERG LLP**
300 South Grand Ave., Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milberg.com

George A. Shohet
**LAW OFFICES OF GEORGE A. SHOHET,
   A PROFESSIONAL CORPORATION**
245 Main Street, Suite 310
Venice, CA  90291
Telephone: (310) 452-3176
Email: georgeshohet@gmail.com

Daniel C. Girard
Jonathan K. Levine
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com
        jkl@girardgibbs.com

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone: (816) 714-7100
Facsimile: (816) 714) 7101
Email: siegel@stuevesiegel.com

Christopher S. Seeger
Steven A. Weiss
David R. Buchanan
**SEEGER WEISS LLP**
One William Street
New York, NY  10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Email: cseeger@seegerweiss.com
        sweiss@seegerweiss.com
        dbuchanan@seegerweiss.com

Eileen L. McGeever
**RUSHALL & MCGEEVER**
6100 Innovation Way
Carlsbad, CA  92009
Telephone: (760) 438-6855
Facsimile: (760) 438-3026
Email: RM@rushallmcgeever.com

Shawn Khorrami
**KHORRAMI POLLARD & ABIR LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, CA  90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email:  SKhorrami@kpalawyers.com

[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING CO-LEAD PLAINTIFFS AND
APPROVING LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL
Case No. C 08-02599 JSW

- 3 -

1    ***Defendants Counsel:***

2    Debra S. Belaga

3    Aaron M. Rofkahr
     **O'MELVENY & MYERS LLP**

4    Embarcadero Center West
     275 Battery Street, Ste. 2600

5    San Francisco, CA  94111-3305
     Telephone: (415) 984-8700

6    Facsimile: (415) 984-8701

7    Email: dbelaga@omm.com
            arofkahr@omm.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| [PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING CO-LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL  Case No. C 08-02599 JSW | - 4 - |
| --- | --- |

DOCS\440653v1