| | |
|---|---|
| 1 | Daniel C. Girard (State Bar No. 114826) |
|   | dcg@girardgibbs.com |
| 2 | Jonathan K. Levine (State Bar No. 220289) |
|   | jkl@girardgibbs.com |
| 3 | Aaron M. Sheanin (State Bar No. 214472) |
|   | ams@girardgibbs.com |
| 4 | Christina H. C. Sharp (State Bar No. 245869) |
|   | chc@girardgibbs.com |
| 5 | **GIRARD GIBBS LLP** |
|   | 601 California Street, Suite 1400 |
| 6 | San Francisco, CA 94108 |
|   | Telephone:  (415) 981-4800 |
| 7 | Facsimile:   (415) 981-4846 |
| 8 | |
|   | Attorneys for Plaintiff Richard S. Bondar, |
| 9 | As Trustee of the Bondar Family Trust Dated 4/1/91 |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. BONDAR, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES, LLC,<br><br>Defendants. | CIVIL ACTION NO. 08-2599 (JSW)<br><br>**PROOF OF SERVICE** |

I, Anne von Goetz, hereby declare as follows:

I am employed by Girard Gibbs, A Limited Liability Partnership, 601 California Street, 14th Floor, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On July 22, 2008, I served the following documents:

1. **THE ORDER SETTING CASE MANAGEMENT CONFERENCE**

2. **JUDGE WHITE'S CIVIL STANDING ORDER; AND**

3. **ND CA STANDING ORDER RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

on:

Robert Stern
Ellen Stern Griswold
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC  20006
RStern@omm.com
egriswold@omm.con

*Counsel for Defendant*

**XX**   by electronically transmitting via email the above listed documents to the email addresses set forth above on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed July 22, 2008, at San Francisco, California.

Anne von Goetz

1

PROOF OF SERVICE