1  MILBERG LLP
   JEFF S. WESTERMAN (SBN 94559)
2  E-mail:jwesterman@milberg.com
   One California Plaza
3  300 South Grand Ave., Suite 3900
   Los Angeles, CA 90071
4  Telephone: (213) 617-1200
   Facsimile: (213) 617-1975
5

6  LAW OFFICES OF GEORGE A. SHOHET,
   A PROFESSIONAL CORPORATION
7  GEORGE A. SHOHET (SBN 112697)
   E-mail:georgeshohet@gmail.com
8  245 Main Street, Suite 310
   Venice, California 90291
9  Telephone: (310) 452-3176
   Facsimile: (310) 452-2270
10

   *Proposed Co-Lead Counsel*
11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. BONDAR, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES, LLC,<br><br>Defendants. | Civil Action No. C 08-02599 JSW<br><br>AMENDED NOTICE OF MOTION OF HANOCH BEN-TAL, AS TRUSTEE FOR THE BENEFIT OF THE BENTAL FAMILY TRUST AND ARIC A. STREIT AND MARY STREIT AS TRUSTEES FOR THE BENEFIT OF THE STREIT LIVING TRUST, FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL; CHANGE OF HEARING DATE<br><br>DATE:   October 17, 2008<br>TIME:   9:00 a.m.<br>CTRM:  2, 17th Floor<br>JUDGE: Hon. Jeffrey S. White |

28  AMENDED NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD
    PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD
    COUNSEL
    Case No. C 08-02599 JSW

DOCS\440751v1

1  PLEASE TAKE NOTICE that the Memorandum of Law, Declaration of Jeff S. Westerman, and a [Proposed] Order in support of this Motion was submitted on July 21, 2008. Hanoch Ben-Tal, as Trustee for the Ben-Tal Family Trust, and Aric A. Streit and Mary Streit, as Trustees for the Benefit of The Streit Living Trust ("Movants"), by their counsel, hereby move this Court on October 17, 2008, at 450 Golden Gate Ave., San Francisco, California 94102, for an order: (i) consolidating the above-captioned action with any other related actions for all purposes pursuant to Fed. R. Civ. P. 42(a); (ii) appointing Hanoch Ben-Tal, as Trustee for the Ben-Tal Family Trust, and Aric A. Streit and Mary Streit as Trustees for the Benefit of The Streit Living Trust as Co-Lead Plaintiffs in the above-captioned action and any related actions alleging violations of the securities laws; (iii) approving Movants' selection of the law firms of Milberg LLP ("Milberg") and Law Offices of George A. Shohet, A Professional Corporation ("Shohet") to serve as Co-Lead Counsel in the Securities Actions; and (iv) granting such other and further relief as the Court may deem just and proper.

Dated: July 22, 2008

MILBERG LLP
JEFF S. WESTERMAN

By: _____ */s/ Jeff S. Westerman*
JEFF S. WESTERMAN

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
E-mail: jwesterman@milberg.com

LAW OFFICES OF GEORGE A. SHOHET,
A PROFESSIONAL CORPORATION
GEORGE A. SHOHET
245 Main Street, Suite 310
Venice, California 90291
Telephone: (310) 452-3176
Facsimile:  (310) 452-2270
E-mail: georgeshohet@gmail.com

AMENDED NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL - 1 -
Case No. C 08-02599 JSW

DOCS\440751v1

1
2
3   *Counsel for Hanoch Ben-Tal as Trustee of the Ben-Tal Family Trust and Aric A. Streit and Mary Streit as Trustees for the benefit of the Streit Living Trust and Proposed Co-Lead Counsel for the Class*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMENDED NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL  - 2 -
Case No. C 08-02599 JSW

DOCS\440751v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on July 22, 2008, declarant served the AMENDED NOTICE OF MOTION OF HANOCH BEN-TAL, AS TRUSTEE FOR THE BENEFIT OF THE BENTAL FAMILY TRUST AND ARIC A. STREIT AND MARY STREIT AS TRUSTEES FOR THE BENEFIT OF THE STREIT LIVING TRUST, FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of July, 2008, at Los Angeles, California.

_____
ANN MARIE GENOVESE

AMENDED NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL
Case No. C 08-02599 JSW
- 3 -

DOCS\440751v1

*Bank of America Corporation*
**Service List**

*Plaintiffs Counsel:*

| | |
|---|---|
| Jeff S. Westerman<br>**MILBERG LLP**<br>300 South Grand Ave., Suite 3900<br>Los Angeles, CA  90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975<br>Email: jwesterman@milberg.com | George A. Shohet<br>**LAW OFFICES OF GEORGE A. SHOHET,<br> A PROFESSIONAL CORPORATION**<br>245 Main Street, Suite 310<br>Venice, CA  90291<br>Telephone: (310) 452-3176<br>Email: georgeshohet@gmail.com |
| Daniel C. Girard<br>Jonathan K. Levine<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, CA  94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>Email: dcg@girardgibbs.com<br>          jkl@girardgibbs.com | Norman E. Siegel<br>**STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, MO  64112<br>Telephone: (816) 714-7100<br>Facsimile: (816) 714) 7101<br>Email: siegel@stuevesiegel.com |
| Christopher S. Seeger<br>Steven A. Weiss<br>David R. Buchanan<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY  10004<br>Telephone: (212) 584-0700<br>Facsimile: (212) 584-0799<br>Email: cseeger@seegerweiss.com<br>          sweiss@seegerweiss.com<br>          dbuchanan@seegerweiss.com | Eileen L. McGeever<br>**RUSHALL & MCGEEVER**<br>6100 Innovation Way<br>Carlsbad, CA  92009<br>Telephone: (760) 438-6855<br>Facsimile: (760) 438-3026<br>Email: RM@rushallmcgeever.com |
| Shawn Khorrami<br>**KHORRAMI POLLARD & ABIR LLP**<br>444 S. Flower Street, 33rd Floor<br>Los Angeles, CA  90071<br>Telephone: (213) 596-6000<br>Facsimile: (213) 596-6010<br>Email:  SKhorrami@kpalawyers.com | |

| | |
|---|---|
| AMENDED NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL<br>Case No. C 08-02599 JSW | - 4 - |

DOCS\440751v1

1 | *Defendants Counsel:*

2 | Debra S. Belaga
3 | Aaron M. Rofkahr
  | **O'MELVENY & MYERS LLP**
4 | Embarcadero Center West
  | 275 Battery Street, Ste. 2600
5 | San Francisco, CA  94111-3305
  | Telephone: (415) 984-8700
6 | Facsimile: (415) 984-8701
  | Email: dbelaga@omm.com
7 |         arofkahr@omm.com

28 | AMENDED NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL   - 5 -
   | Case No. C 08-02599 JSW

DOCS\440751v1