MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
E-mail:jwesterman@milberg.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

LAW OFFICES OF GEORGE A. SHOHET,
A PROFESSIONAL CORPORATION
GEORGE A. SHOHET (SBN 112697)
E-mail:georgeshohet@gmail.com
245 Main Street, Suite 310
Venice, California 90291
Telephone: (310) 452-3176
Facsimile: (310) 452-2270

*Proposed Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. BONDAR, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES, LLC,<br><br>Defendants. | Civil Action No. C 08-02599 JSW<br><br>CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d)<br><br>DATE:  October 17, 2008<br>TIME:  9:00 a.m.<br>CTRM:  2, 17th Floor<br>JUDGE: Hon. Jeffrey S. White |

CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d)
Case No. C 08-02599 JSW

DOCS\440756v1

1    Pursuant to Civil Local Rule 3-7(d), the undersigned, counsel of record for Hanoch Ben-Tal, as Trustee for the Ben-Tal Family Trust, and Aric A. Streit and Mary Streit, as Trustees for the Benefit of The Streit Living Trust, hereby affirms under penalty of perjury that counsel does not directly own or otherwise have a beneficial interest in securities that are the subject of the above-captioned action text

Dated: July 22, 2008

MILBERG LLP
JEFF S. WESTERMAN

*/s/ Jeff S. Westerman*
JEFF S. WESTERMAN

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
E-mail: jwesterman@milberg.com

LAW OFFICES OF GEORGE A. SHOHET,
A PROFESSIONAL CORPORATION
GEORGE A. SHOHET
245 Main Street, Suite 310
Venice, California 90291
Telephone: (310) 452-3176
Facsimile:  (310) 452-2270
E-mail: georgeshohet@gmail.com

*Counsel for Hanoch Ben-Tal as Trustee of the Ben-Tal Family Trust and Aric A. Streit and Mary Streit as Trustees for the benefit of the Streit Living Trust and Proposed Co-Lead Counsel for the Class*

CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d)
Case No. C 08-02599 JSW

- 1 -

DOCS\440756v1

# DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on July 22, 2008, declarant served the CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d) by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of July, 2008, at Los Angeles, California.

_____
ANN MARIE GENOVESE

CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d)
Case No. C 08-02599 JSW

- 2 -

DOCS\440756v1

*Bank of America Corporation*
**Service List**

*Plaintiffs Counsel:*

| | |
|---|---|
| Jeff S. Westerman<br>**MILBERG LLP**<br>300 South Grand Ave., Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975<br>Email: jwesterman@milberg.com | George A. Shohet<br>**LAW OFFICES OF GEORGE A. SHOHET,<br>A PROFESSIONAL CORPORATION**<br>245 Main Street, Suite 310<br>Venice, CA 90291<br>Telephone: (310) 452-3176<br>Email: georgeshohet@gmail.com |
| Daniel C. Girard<br>Jonathan K. Levine<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>Email: dcg@girardgibbs.com<br>      jkl@girardgibbs.com | Norman E. Siegel<br>**STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Telephone: (816) 714-7100<br>Facsimile: (816) 714) 7101<br>Email: siegel@stuevesiegel.com |
| Christopher S. Seeger<br>Steven A. Weiss<br>David R. Buchanan<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY 10004<br>Telephone: (212) 584-0700<br>Facsimile: (212) 584-0799<br>Email: cseeger@seegerweiss.com<br>      sweiss@seegerweiss.com<br>      dbuchanan@seegerweiss.com | Eileen L. McGeever<br>**RUSHALL & MCGEEVER**<br>6100 Innovation Way<br>Carlsbad, CA 92009<br>Telephone: (760) 438-6855<br>Facsimile: (760) 438-3026<br>Email: RM@rushallmcgeever.com |
| Shawn Khorrami<br>**KHORRAMI POLLARD & ABIR LLP**<br>444 S. Flower Street, 33rd Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 596-6000<br>Facsimile: (213) 596-6010<br>Email: SKhorrami@kpalawyers.com | |

1  ***Defendants Counsel:***

2  Debra S. Belaga
   Aaron M. Rofkahr
3  **O'MELVENY & MYERS LLP**
   Embarcadero Center West
4  275 Battery Street, Ste. 2600
5  San Francisco, CA  94111-3305
   Telephone: (415) 984-8700
6  Facsimile: (415) 984-8701
   Email: dbelaga@omm.com
7         arofkahr@omm.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28