IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. BONDAR, ET AL., | |
| Plaintiffs, | No. C 08-02599 JSW |
| v. | |
| BANK OF AMERICA, | **ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL** |
| Defendant. | |

This matter is set for a hearing on October 17, 2008 on Plaintiffs' motions to appoint lead plaintiff and lead counsel. The Court HEREBY ORDERS that oppositions to the motions shall be filed by no later than August 5, 2008 and reply briefs shall be filed by no later than August 12, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 22, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE