Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
Christina H. C. Sharp (State Bar No. 245869)
chc@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for the Sitrin Group

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. BONDAR, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES, LLC,<br><br>Defendants. | Case No. CV-08-2599 (JSW)<br><br>NOTICE OF ERRATA REGARDING DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF THE SITRIN GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br>Date: October 17, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 2, 17th Floor |

---

NOTICE OF ERRATA
Case No. CV-08-2599 (JSW)

Lead Plaintiff Movants the Sitrin Group, by and through their attorneys, hereby submit this Notice Of Errata regarding the Declaration Of Jonathan K. Levine In Support Of The Sitrin Group's Motion For Appointment As Lead Plaintiff And Approval Of Selection Of Counsel.

## ERRATA

Attached hereto is a true and correct copy of Exhibit C to the Declaration Of Jonathan K. Levine In Support Of The Sitrin Group's Motion For Appointment As Lead Plaintiff And Approval Of Selection Of Counsel. Attachment A to this exhibit was inadvertently omitted from the July 21, 2008 filing of the accompanying documents. The Sitrin Group and its counsel apologize to the Court and the parties for any inconvenience this has caused.

Dated: July 23, 2008              Respectfully submitted,

**GIRARD GIBBS LLP**

_/s/ Jonathan K. Levine_
Jonathan K. Levine

Daniel C. Girard
Aaron M. Sheanin
Christina H. C. Sharp
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**Proposed Lead Counsel**

## **CERTIFICATE OF SERVICE**

I, Jonathan K. Levine, hereby certify that on July 23, 2008, I caused the foregoing document to be filed electronically with the United States District Court for the Northern District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of July, 2008 at San Francisco, California.


          */s/ Jonathan K. Levine*

# EXHIBIT C

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Alan Wofsy declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I am the Chief Executive Officer of Myrtle Street Flats LLC dba Sunrise Properties ("MSF") and Emeric-Goodman Associates LLC ("EGA"). I have full authority to act on behalf of MSF and EGA, including the authority to bring or participate in a lawsuit under the federal securities laws.

2. I have reviewed the complaint against Bank of America, prepared by Girard Gibbs LLP, Stueve Siegel Hanson LLP and Seeger Weiss LLP, whom I designate as my counsel and counsel for MSF and EGA in this action for all purposes. At this time, I adopt the allegations of the complaint.

3. Neither I, MSF nor EGA acquired any auction rate securities from Bank of America at the direction of counsel or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a lead plaintiff either individually or as part of a group. I understand that a lead plaintiff is a representative party who acts on behalf of other class members in directing the litigation, and whose duties may include testifying at deposition or trial.

5. Neither I, MSF nor EGA will accept any payment for serving as a representative party beyond our pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court pursuant to law.

1

6. Neither I, MSF nor EGA have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

7. I understand that this is not a claim form, and that our ability to share in any recovery as a class member is not affected by my decision to serve as a representative party.

8. The purchases and sales of auction rate securities sold to me, MSF and EGA through Bank of America are attached as **Attachment A** to this document:

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of July, 2008

Alan Wofsy

2

## ATTACHMENT A

## ALAN WOFSY'S TRANSACTIONS IN AUCTION RATE SECURITIES SOLD BY BANK OF AMERICA BETWEEN MAY 22, 2003 AND FEBRUARY 13, 2008

### Account: Myrtle Street Flats LLC dba Sunrise Properties

| Trade Date | Auction Rate Security | Number of Shares | Price Per Share/Unit | Buy or Sell |
|---|---|---|---|---|
| 9/19/2003 | Nuveen California Dividend Advantage Municipal Fund Series F | 20 | $25,000 | Bought |
| 11/10/2004 | BlackRock California Municipal Income Trust Series R7 | 21 | $25,000 | Bought |
| 11/10/2004 | BlackRock Muniholdings California Insured Fund Series D | 21 | $25,000 | Bought |
| 11/15/2004 | BlackRock California Municipal Auction Rate Preferred Series M7 | 3 | $25,000 | Bought |
| 11/15/2004 | Nuveen California Quality Income Municipal Fund Inc. Series M | 18 | $25,000 | Bought |
| 11/16/2004 | Nuveen California Performance Plus Municipal Money Market Preferred Series T | 13 | $25,000 | Bought |
| 11/16/2004 | Nuveen California Select Quality Municipal Fund Inc. Series T | 8 | $25,000 | Bought |
| 12/21/2004 | BlackRock Muniholdings California Insured Fund Series E | 4 | $25,000 | Bought |
| 12/21/2004 | Van Kampen California Value Municipal Income Trust Series B | 4 | $25,000 | Bought |
| 3/1/2007 | Nuveen California Dividend Advantage Municipal Fund Series TH | 8 | $25,000 | Bought |
| 6/26/2008 | BlackRock Muniholdings California Insured Fund Inc. Series E | 1 | $25,000 | Redeemed |

| Trade Date | Auction Rate Security | Number of Shares | Price Per Share/Unit | Buy or Sell |
|---|---|---|---|---|
| 6/26/2008 | BlackRock Muniholdings California Insured Fund Inc. Series D | 5 | $25,000 | Redeemed |
| 6/27/2008 | BlackRock California Municipal Income Trust Series R7 | 5 | $25,000 | Redeemed |

## Account: Alan Wofsy

| Trade Date | Auction Rate Security | Number of Shares | Price Per Share/Unit | Buy or Sell |
|---|---|---|---|---|
| 9/19/2003 | Nuveen California Dividend Advantage Municipal Fund Series F | 4 | $25,000 | Bought |
| 11/10/2004 | BlackRock California Municipal Income Trust Series R7 | 10 | $25,000 | Bought |
| 11/10/2004 | BlackRock Muniholdings California Insured Fund Inc. Series D | 10 | $25,000 | Bought |
| 11/15/2004 | BlackRock California Municipal Auction Rate Preferred Series M7 | 11 | $25,000 | Bought |
| 11/16/2004 | Nuveen Insured California Premium Income Fund Series T | 11 | $25,000 | Bought |
| 3/5/2007 | Nuveen California Dividend Advantage Municipal Fund 3 Series M | 17 | $25,000 | Bought |

## Account: Emeric-Goodman Associates LLC

| Trade Date | Auction Rate Security | Number of Shares | Price Per Share/Unit | Buy or Sell |
|---|---|---|---|---|
| 9/19/2003 | Nuveen California Dividend Advantage Municipal Fund Series F | 2 | $25,000 | Bought |
| 11/22/2004 | Nuveen California Dividend Advantage Municipal Fund 3 Series M | 4 | $25,000 | Bought |
| 11/22/2004 | PIMCO California Municipal Income Fund Series A | 4 | $25,000 | Bought |