| | |
|---|---|
| 1 | Daniel C. Girard (State Bar No. 114826) |
|   | dcg@girardgibbs.com |
| 2 | Jonathan K. Levine (State Bar No. 220289) |
|   | jkl@girardgibbs.com |
| 3 | Aaron M. Sheanin (State Bar No. 214472) |
|   | ams@girardgibbs.com |
| 4 | Christina H. C. Sharp (State Bar No. 245869) |
|   | chc@girardgibbs.com |
| 5 | **GIRARD GIBBS LLP** |
|   | 601 California Street, Suite 1400 |
| 6 | San Francisco, CA 94108 |
|   | Telephone:  (415) 981-4800 |
| 7 | Facsimile:   (415) 981-4846 |

Attorneys for Plaintiff Richard S. Bondar,
As Trustee of the Bondar Family Trust Dated 4/1/91

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. BONDAR, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually And On Behalf of All Others Similarly Situated, | CIVIL ACTION NO. 08-2599 (JSW) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES, LLC, | |
| Defendants. | |

I, Anne von Goetz, hereby declare as follows:

I am employed by Girard Gibbs, A Limited Liability Partnership, 601 California Street, 14th Floor, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On July 23, 2008, I served the following documents:

1. **THE SITRIN GROUP'S NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2. **DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF THE SITRIN GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL;**

3. **[PROPOSED] ORDER GRANTING SITRIN GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL;**

4. **NOTICE OF ERRATA REGARDING DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF THE SITRIN GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL; AND**

5. **PROOF OF SERVICE**

on:

| | |
|---|---|
| Jeff S. Westerman<br>MILBERG LLP<br>One California Plaza<br>300 South Grand Ave, Suite 3900<br>Los Angeles, CA 90071<br>Email: jwesterman@milberg.com<br><br>*Attorney for Hanoch Ben-Tal* | George A. Shohet<br>LAW OFFICES OF GEORGE A. SHOHET<br>245 Main Street, Suite 310<br>Venice, California 90291<br>Email: georgeshohet@gmail.com<br><br>*Attorney for Hanoch Ben-Tal* |

XX   by transmitting via Federal Express for overnight delivery the above listed document(s) to the address set forth above on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed July 23, 2008, at San Francisco, California.

*/s/ Anne von Goetz*
Anne von Goetz

1
PROOF OF SERVICE