1  MILBERG LLP
   JEFF S. WESTERMAN (SBN 94559)
2  E-mail:jwesterman@milberg.com
   One California Plaza
3  300 South Grand Ave., Suite 3900
   Los Angeles, CA 90071
4  Telephone: (213) 617-1200
   Facsimile: (213) 617-1975
5

6  LAW OFFICES OF GEORGE A. SHOHET,
   A PROFESSIONAL CORPORATION
7  GEORGE A. SHOHET (SBN 112697)
   E-mail:georgeshohet@gmail.com
8  245 Main Street, Suite 310
   Venice, California 90291
9  Telephone: (310) 452-3176
   Facsimile: (310) 452-2270
10

   *Proposed Co-Lead Counsel*
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14  RICHARD S. BONDAR, as Trustee of the      )  Civil Action No. C 08-02599 JSW
    Bondar Family Trust Dated 4/1/91, Individually )
15  And On Behalf of All Others Similarly Situated, )  NOTICE OF ENTRY OF ORDER
                                                   )
16                  Plaintiff,                     )
                                                   )
17       v.                                        )
                                                   )
18  BANK OF AMERICA CORPORATION, BANC )
    OF AMERICA INVESTMENT SERVICES,               )
19  INC., and BANC OF AMERICA SECURITIES,         )
    LLC,                                           )
20                                                 )
                    Defendants.                    )
21                                                 )

22

23

24

25

26

27

28

NOTICE OF ORDER ~ Case No. C 08-02599 JSW

DOCS\441132v1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     PLEASE TAKE NOTICE of the attached Order setting briefing Schedule on Motions to

3  Appoint Lead Plaintiffs and Lead Counsel entered July 22, 2008.

4  Dated: July 25, 2008                             MILBERG LLP
                                                    JEFF S. WESTERMAN
5

6
                                                       */s/ Jeff S. Westerman*
7                                                      JEFF S. WESTERMAN

8                                                   One California Plaza
                                                    300 South Grand Avenue, Suite 3900
9                                                   Los Angeles, California 90071
                                                    Telephone: (213) 617-1200
10                                                  Facsimile:  (213) 617-1975
                                                    E-mail: jwesterman@milberg.com
11
                                                    LAW OFFICES OF GEORGE A. SHOHET,
12                                                  A PROFESSIONAL CORPORATION
                                                    GEORGE A. SHOHET
13                                                  245 Main Street, Suite 310
                                                    Venice, California 90291
14                                                  Telephone: (310) 452-3176
                                                    Facsimile:  (310) 452-2270
15                                                  E-mail: georgeshohet@gmail.com

16                                                  *Counsel for Hanoch Ben-Tal as Trustee of the Ben-
                                                    Tal Family Trust and Aric A. Streit and Mary Streit*
17                                                  *as Trustees for the benefit of the Streit Living Trust
                                                    and Proposed Co-Lead Counsel for the Class*

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ORDER ~ Case No. C 08-02599 JSW                                             - 1 -
DOCS\441132v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on July 25, 2008, declarant served the NOTICE OF ENTRY OF ORDER by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of July, 2008, at Los Angeles, California.

_____
ANN MARIE GENOVESE

*Bank of America Corporation*
**Service List**

*Plaintiffs Counsel:*

| | |
|---|---|
| Jeff S. Westerman<br>**MILBERG LLP**<br>300 South Grand Ave., Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975<br>Email: jwesterman@milberg.com | George A. Shohet<br>**LAW OFFICES OF GEORGE A. SHOHET,**<br> **A PROFESSIONAL CORPORATION**<br>245 Main Street, Suite 310<br>Venice, CA 90291<br>Telephone: (310) 452-3176<br>Email: georgeshohet@gmail.com |
| Daniel C. Girard<br>Jonathan K. Levine<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>Email: dcg@girardgibbs.com<br>           jkl@girardgibbs.com | Norman E. Siegel<br>**STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Telephone: (816) 714-7100<br>Facsimile: (816) 714) 7101<br>Email: siegel@stuevesiegel.com |
| Christopher S. Seeger<br>Steven A. Weiss<br>David R. Buchanan<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY 10004<br>Telephone: (212) 584-0700<br>Facsimile: (212) 584-0799<br>Email: cseeger@seegerweiss.com<br>           sweiss@seegerweiss.com<br>           dbuchanan@seegerweiss.com | Eileen L. McGeever<br>**RUSHALL & MCGEEVER**<br>6100 Innovation Way<br>Carlsbad, CA 92009<br>Telephone: (760) 438-6855<br>Facsimile: (760) 438-3026<br>Email: RM@rushallmcgeever.com |
| Shawn Khorrami<br>**KHORRAMI POLLARD & ABIR LLP**<br>444 S. Flower Street, 33rd Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 596-6000<br>Facsimile: (213) 596-6010<br>Email: SKhorrami@kpalawyers.com | |

1 *Defendants Counsel:*

2 Debra S. Belaga
Aaron M. Rofkahr
3 **O'MELVENY & MYERS LLP**
Embarcadero Center West
4 275 Battery Street, Ste. 2600
San Francisco, CA  94111-3305
5 Telephone: (415) 984-8700
Facsimile: (415) 984-8701
6 Email: dbelaga@omm.com
       arofkahr@omm.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD S. BONDAR, ET AL.,

    Plaintiffs,

v.

BANK OF AMERICA,

    Defendant.

                                        /

No. C 08-02599 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL**

    This matter is set for a hearing on October 17, 2008 on Plaintiffs' motions to appoint lead plaintiff and lead counsel. The Court HEREBY ORDERS that oppositions to the motions shall be filed by no later than August 5, 2008 and reply briefs shall be filed by no later than August 12, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: July 22, 2008

                                                                                        /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE