Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
Christina H. C. Sharp (State Bar No. 245869)
chc@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Counsel for the Sitrin Group

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. BONDAR, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES, LLC,<br><br>Defendants. | Case No. CV-08-2599 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER APPOINTING THE SITRIN GROUP LEAD PLAINTIFF AND APPROVING THE SITRIN GROUP'S SELECTION OF COUNSEL** |

WHEREAS Class Members the Charles T. Sitrin Network of Homes & Services, Inc. and the Charles T. Sitrin Healthcare Center, Inc.; Alan Wofsy, Myrtle Street Flats LLC dba Sunrise Properties, and Emeric-Goodman Associates LLC; and Dennis J. Pitocco (collectively, the "Sitrin Group") have moved this Court for entry of order appointing them Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and approving their selection of Girard Gibbs LLP as Lead Counsel for the Class. In its papers, the Sitrin Group claims a financial interest of $10,800,000 in this litigation;

WHEREAS Class members Hanoch Ben-Tal as trustee for the benefit of the Ben-Tal Family Trust, and Aric A. Streit and Mary Streit, as Trustees for the benefit of the Streit Living Trust (collectively, the "Ben-Tal Group") have moved this Court for entry of an order appointing them Lead Plaintiff and approving their selection of Milberg LLP and the Law Offices of George Shohet as Co-Lead Counsel for the Class. In its papers, the Ben-Tal Group claims a financial interest of $6,850,000 in this litigation;

WHEREAS the Ben-Tal Group and its counsel acknowledge that, among the movants for Lead Plaintiff, the Sitrin Group has the largest financial interest in this litigation and should therefore be appointed Lead Plaintiff pursuant to the PSLRA, subject to this Court's approval;

WHEREAS the Ben-Tal Group and its counsel also acknowledge that, pursuant to the PSLRA, the Sitrin Group's selection of counsel should be appointed Lead Counsel for the Class, subject to this Court's approval;

WHEREAS two actions similar to *Bondar*, namely *Bearman v. Bank of America Corporation et al.* (08-CV-1115) and *Ben-Tal v. Bank of America Corporation et al.* (08-CV-4767), have been filed in the Southern and Central Districts of California, respectively;

WHEREAS the Ben-Tal Group's counsel has agreed not to proceed with motions for lead plaintiff in the *Bearman* and *Ben-Tal* actions;

WHEREAS this class action is subject to a pending Motion to Transfer for Coordination before the Judicial Panel on Multi-District Litigation ("JPML") (*In re Auction Rate Securities (ARS) Marketing Litigation*, MDL No. 1979);

WHEREAS the interested parties do not seek consolidation of the *Bondar, Ben-Tal* and *Bearman* actions, and this stipulation and proposed Order therefore do not impact the Motion pending before the JPML;

WHEREAS Defendants Bank Of America Corporation, Banc Of America Investment Services, Inc. and Banc Of America Securities, LLC take no position with regard to any of the foregoing;

WHEREAS this stipulation is submitted with the understanding that appointment of Lead Plaintiff and selection of Lead Plaintiff's Counsel is subject to the Court's approval, and this stipulation is expressly conditioned thereon;

**THEREFORE IT IS HEREBY STIPULATED AND AGREED** by the parties, by and through their undersigned counsel, that:

1. The Sitrin Group's Motion for Appointment as Lead Plaintiff and Approval of Selection Of Counsel is **GRANTED**.

2. The Sitrin Group is hereby **APPOINTED** to serve as Lead Plaintiff in this action, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA.

///

///

///

3.  The law firm of Girard Gibbs LLP is hereby **APPOINTED** to serve as Lead Counsel for the Class in the above-captioned action, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA.

DATED: August 4, 2008

**GIRARD GIBBS LLP**

By: /s/ CHC Sharp

Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
Christina H.C. Sharp
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Counsel for the Sitrin Group*

DATED: August 4, 2008

**MILBERG LLP**

By: /s/

Jeff S. Westerman
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Jerome M. Congress
Kent A. Bronson
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300

George A. Shohet
Law Offices of George A. Shohet
245 Main Street, Suite 310
Venice, CA 90291
Telephone: (310) 452-3176

*Counsel for the Ben-Tal Group*

**[PROPOSED] ORDER**

Having reviewed the above stipulation, IT IS HEREBY ORDERED that:

1. The Sitrin Group's Motion for Appointment as Lead Plaintiff and Approval of Selection Of Counsel is **GRANTED**.

2. The Sitrin Group is hereby **APPOINTED** to serve as Lead Plaintiff in this action, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA.

3. The law firm of Girard Gibbs LLP is hereby **APPOINTED** to serve as Lead Counsel for the Class in the above-captioned action, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA.

DATED: _____

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Christina H.C. Sharp, hereby certify that on August 4th, 2008, I caused the foregoing document to be filed electronically with the United States District Court for the Northern District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of August, 2008 at San Francisco, California.


_/S/ Christina H.C. Sharp_