1   Daniel C. Girard (State Bar No. 114826)
    dcg@girardgibbs.com
2   Jonathan K. Levine (State Bar No. 220289)
    jkl@girardgibbs.com
3   Aaron M. Sheanin (State Bar No. 214472)
    ams@girardgibbs.com
4   Christina H. C. Sharp (State Bar No. 245869)
    chc@girardgibbs.com
5   **GIRARD GIBBS LLP**
    601 California Street, Suite 1400
6   San Francisco, CA 94108
    Telephone: (415) 981-4800
7   Facsimile: (415) 981-4846

8   Counsel for the Sitrin Group

9

10              **UNITED STATES DISTRICT COURT**

11          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12  RICHARD S. BONDAR, as Trustee of the        )  **Case No. CV-08-2599 (JSW)**
    Bondar Family Trust Dated 4/1/91, Individually )
13  And On Behalf of All Others Similarly Situated, )
                                                  )  **STIPULATION AND [PROPOSED]**
14  Plaintiff,                                    )  **ORDER APPOINTING THE SITRIN**
                                                  )  **GROUP LEAD PLAINTIFF AND**
15              v.                                )  **APPROVING THE SITRIN GROUP'S**
                                                  )  **SELECTION OF COUNSEL**
16                                                )
    BANK OF AMERICA CORPORATION, BANC )
17  OF AMERICA INVESTMENT SERVICES,             )
    INC., and BANC OF AMERICA SECURITIES, )
18  LLC,                                          )
                                                  )
19              Defendants.                       )
                                                  )
20  ─────────────────────────────────

21

22

23

24

25

26

27

28

- 1 -

1   WHEREAS Class Members the Charles T. Sitrin Network of Homes & Services, Inc. and the

2   Charles T. Sitrin Healthcare Center, Inc.; Alan Wofsy, Myrtle Street Flats LLC dba Sunrise Properties,

3   and Emeric-Goodman Associates LLC; and Dennis J. Pitocco (collectively, the "Sitrin Group") have

4   moved this Court for entry of order appointing them Lead Plaintiff pursuant to the Private Securities

5   Litigation Reform Act of 1995 ("PSLRA"), and approving their selection of Girard Gibbs LLP as Lead

6   Counsel for the Class.  In its papers, the Sitrin Group claims a financial interest of $10,800,000 in this

7   litigation;

8   WHEREAS Class members Hanoch Ben-Tal as trustee for the benefit of the Ben-Tal Family

9   Trust, and Aric A. Streit and Mary Streit, as Trustees for the benefit of the Streit Living Trust

10  (collectively, the "Ben-Tal Group") have moved this Court for entry of an order appointing them Lead

11  Plaintiff and approving their selection of Milberg LLP and the Law Offices of George Shohet as Co-

12  Lead Counsel for the Class.  In its papers, the Ben-Tal Group claims a financial interest of $6,850,000 in

13  this litigation;

14  WHEREAS the Ben-Tal Group and its counsel acknowledge that, among the movants for Lead

15  Plaintiff, the Sitrin Group has the largest financial interest in this litigation and should therefore be

16  appointed Lead Plaintiff pursuant to the PSLRA, subject to this Court's approval;

17  WHEREAS the Ben-Tal Group and its counsel also acknowledge that, pursuant to the PSLRA,

18  the Sitrin Group's selection of counsel should be appointed Lead Counsel for the Class, subject to this

19  Court's approval;

20  WHEREAS two actions similar to *Bondar*, namely *Bearman v. Bank of America Corporation et*

21  *al.* (08-CV-1115) and *Ben-Tal v. Bank of America Corporation et al.* (08-CV-4767), have been filed in

22  the Southern and Central Districts of California, respectively;

23  WHEREAS the Ben-Tal Group's counsel has agreed not to proceed with motions for lead

24  plaintiff in the *Bearman* and *Ben-Tal* actions;

25  WHEREAS this class action is subject to a pending Motion to Transfer for Coordination before

26  the Judicial Panel on Multi-District Litigation ("JPML") (*In re Auction Rate Securities (ARS) Marketing*

27  *Litigation*, MDL No. 1979);

28

- 2 -

STIPULATION AND [PROPOSED] ORDER

1    WHEREAS the interested parties do not seek consolidation of the *Bondar, Ben-Tal* and *Bearman*

2    actions, and this stipulation and proposed Order therefore do not impact the Motion pending before the

3    JPML;

4    WHEREAS Defendants Bank Of America Corporation, Banc Of America Investment Services,

5    Inc. and Banc Of America Securities, LLC take no position with regard to any of the foregoing;

6    WHEREAS this stipulation is submitted with the understanding that appointment of Lead

7    Plaintiff and selection of Lead Plaintiff's Counsel is subject to the Court's approval, and this stipulation

8    is expressly conditioned thereon;

9    **THEREFORE IT IS HEREBY STIPULATED AND AGREED** by the parties, by and

10   through their undersigned counsel, that:

11   1.    The Sitrin Group's Motion for Appointment as Lead Plaintiff and Approval of Selection Of

12   Counsel is **GRANTED**.

13   2.    The Sitrin Group is hereby **APPOINTED** to serve as Lead Plaintiff in this action, pursuant

14   to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-

15   4(a)(3)(B), as amended by the PSLRA.

16   ///

17   ///

18   ///

19

20

21

22

23

24

25

26

27

28

3.    The law firm of Girard Gibbs LLP is hereby **APPOINTED** to serve as Lead Counsel for the Class in the above-captioned action, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA.

DATED: August 1, 2008                    **GIRARD GIBBS LLP**

                                         By: _Cal C Sharp_____

                                         Daniel C. Girard
                                         Jonathan K. Levine
                                         Aaron M. Sheanin
                                         Christina H.C. Sharp
                                         601 California Street, 14th Floor
                                         San Francisco, CA 94108
                                         Telephone: (415) 981-4800
                                         Facsimile: (415) 981-4846

                                         *Counsel for the Sitrin Group*

DATED: August 4, 2008                    **MILBERG LLP**

                                         By: _George_____

                                         Jeff S. Westerman
                                         One California Plaza
                                         300 South Grand Avenue, Suite 3900
                                         Los Angeles, CA 90071
                                         Telephone: (213) 617-1200
                                         Facsimile: (213) 617-1975

                                         Jerome M. Congress
                                         Kent A. Bronson
                                         One Pennsylvania Plaza, 49th Floor
                                         New York, NY 10119
                                         Telephone: (212) 594-5300

                                         George A. Shohet
                                         Law Offices of George A. Shohet
                                         245 Main Street, Suite 310
                                         Venice, CA 90291
                                         Telephone: (310) 452-3176

                                         *Counsel for the Ben-Tal Group*

1

**[PROPOSED] ORDER**

2

Having reviewed the above stipulation, IT IS HEREBY ORDERED that:

3

    1.    The Sitrin Group's Motion for Appointment as Lead Plaintiff and Approval of Selection

4

Of Counsel is **GRANTED**.

5

    2.  The Sitrin Group is hereby **APPOINTED** to serve as Lead Plaintiff in this action, pursuant to

6

Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-

7

4(a)(3)(B), as amended by the PSLRA.

8

    3.    The law firm of Girard Gibbs LLP is hereby **APPOINTED** to serve as Lead Counsel for the

9

Class in the above-captioned action, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §

10

78u-4(a)(3)(B), as amended by the PSLRA.

11

12

13

DATED: August 5, 2008

                _____

14

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER