1  Daniel C. Girard (State Bar No. 114826)
   dcg@girardgibbs.com
2  Jonathan K. Levine (State Bar No. 220289)
   jkl@girardgibbs.com
3  Aaron M. Sheanin (State Bar No. 214472)
   ams@girardgibbs.com
4  Christina H. C. Sharp (State Bar No. 245869)
   chc@girardgibbs.com
5  **GIRARD GIBBS LLP**
   601 California Street, Suite 1400
6  San Francisco, CA 94108
   Telephone:  (415) 981-4800
7  Facsimile:   (415) 981-4846

8  Counsel for the Sitrin Group

9

10                **UNITED STATES DISTRICT COURT**

11         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12  RICHARD S. BONDAR, as Trustee of the        )   **Case No. CV-08-2599 (JSW)**
    Bondar Family Trust Dated 4/1/91, Individually )
13  And On Behalf of All Others Similarly Situated, )
                                                  )   **STIPULATION AND [PROPOSED]**
14                                                )   **ORDER CONTINUING RULE 26 AND**
    Plaintiff,                                    )   **ADR DEADLINES, AND CONTINUING**
15                                                )   **CASE MANAGEMENT CONFERENCE**
              v.                                  )
16                                                )
    BANK OF AMERICA CORPORATION, BANC )
17  OF AMERICA INVESTMENT SERVICES,               )
    INC., and BANC OF AMERICA SECURITIES, )
18  LLC,                                          )
                                                  )
19            Defendants.                         )
                                                  )
20  _____

21

22

23

24

25

26

27

28

                              - 1 -

WHEREAS Orders issued in this case establish the following deadlines:

(1)     August 15, 2008 – Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan, and to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil Local Rule 16-8,

(2)     August 29, 2008 – Last day to file Rule 26(f) Report, and

(3)     September 5, 2008 at 1:30 p.m. – Initial Case Management Conference;

WHEREAS pursuant to Fed. R. Civ. P. 26(f)(2), the parties have begun the meet and confer process regarding preservation of discoverable information including electronically stored information ("ESI"), the parties have tentatively agreed on a form of production protocol for ESI and will continue to meet and confer concerning ESI preservation and production issues;

WHEREAS this class action is subject to a pending Motion to Transfer for Coordination before the Judicial Panel on Multi-District Litigation ("JPML") (*In re Auction Rate Securities (ARS) Marketing Litigation*, MDL No. 1979);

WHEREAS good cause exists to modify the schedule for the parties' ADR and remaining Rule 26 obligations, and to continue the Initial Case Management Conference, as a decision by the JPML on the pending Motion to Transfer for Coordination could impact these proceedings,

NOW, THEREFORE, the parties stipulate as follows:

(1)     The parties' last day to fulfill their remaining Rule 26 obligations, file their ADR Certification and Stipulation and file their Rule 26(f) Report shall be continued, pending the JPML's determination on the Motion to Transfer for Coordination;

(2)     The Initial Case Management Conference shall be continued, pending the JPML's determination on the Motion to Transfer for Coordination; and

(3)     The parties shall notify the Court when the JPML has rendered a ruling on the Motion to Transfer for Coordination.  If the JPML denies the Motion to Transfer for Coordination, the parties shall:

STIPULATION AND [PROPOSED] ORDER

1        (a)     Fulfill their remaining Rule 26 obligations and file their ADR Certification and

2  Stipulation at least 21 days prior to the Initial Case Management Conference,

3        (b)     File their Rule 26(f) Report no later than 14 days after fulfillment of their

4  remaining Rule 26 obligations, and

5        (c)     File a joint case management statement no later than five court days prior to the

6  Initial Case Management Conference.  A case management conference shall be set by Clerk's

7  Notice upon receipt of the notice of the ruling by the JPML.

8

9  DATED:  August 15, 2008       **GIRARD GIBBS LLP**

10

11                    By: _____

12                     Daniel C. Girard
                         Jonathan K. Levine

13                     Aaron M. Sheanin
                         Christina H.C. Sharp

14                     601 California Street, 14th Floor
                         San Francisco, CA 94108

15                     Telephone:  (415) 981-4800
                         Facsimile:  (415) 981-4846

16

17                     *Lead Counsel for the Class*

18  DATED:  August 15, 2008       **O'MELVENY & MYERS LLP**

19                    By: _____

20

21                     Debra S. Belaga
                         Aaron M. Rofkahr

22                     Embarcadero Center West
                         275 Battery Street

23                     San Francisco, CA  94111-3305
                         Telephone:(415) 984-8700

24                     Facsimile: (415) 984-8701

25                     *Counsel for Defendants*

26

27

28

STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Upon reviewing the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

(1) The parties' last day to fulfill their remaining Rule 26 obligations, file their ADR Certification and Stipulation and file their Rule 26(f) Report shall be continued, pending the JPML's determination on the Motion to Transfer for Coordination;

(2) The Initial Case Management Conference shall be continued, pending the JPML's determination on the Motion to Transfer for Coordination; and

(3) The parties shall notify the Court when the JPML has rendered a ruling on the Motion to Transfer for Coordination.  If the JPML denies the Motion to Transfer for Coordination, the parties shall:

(a) Fulfill their remaining Rule 26 obligations and file their ADR Certification and Stipulation at least 21 days prior to the Initial Case Management Conference,

(b) File their Rule 26(f) Report no later than 14 days after fulfillment of their remaining Rule 26 obligations, and

(c) File a joint case management statement no later than five court days prior to the Initial Case Management Conference.  A case management conference shall be set by Clerk's Notice upon receipt of the notice of the ruling by the JPML.

DATED: _____   _____

           THE HONORABLE JEFFREY S. WHITE
           UNITED STATES DISTRICT JUDGE

- 4 -

1

## CERTIFICATE OF SERVICE

2      I, Christina H. C. Sharp, hereby certify that on August 15, 2008, I caused the foregoing document

3  to be filed electronically with the United States District Court for the Northern District of California's

4

5  through the Court's mandated ECF service.  Counsel of record are required by the Court to be registered

6  e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-

7  filing.

8      I declare under penalty of perjury that the foregoing is true and correct.

9      Executed this 15th day of August, 2008 at San Francisco, California.

10

11

12              _____ /S/ Christina H. C. Sharp _____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE