1  Daniel C. Girard (State Bar No. 114826)
   dcg@girardgibbs.com
2  Jonathan K. Levine (State Bar No. 220289)
   jkl@girardgibbs.com
3  Aaron M. Sheanin (State Bar No. 214472)
   ams@girardgibbs.com
4  Christina H. C. Sharp (State Bar No. 245869)
   chc@girardgibbs.com
5  **GIRARD GIBBS LLP**
   601 California Street, Suite 1400
6  San Francisco, CA 94108
   Telephone:  (415) 981-4800
7  Facsimile:  (415) 981-4846

8  *Lead Counsel for Plaintiffs*

9

10              **UNITED STATES DISTRICT COURT**

11          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12  RICHARD S. BONDAR, as Trustee of the        )
    Bondar Family Trust Dated 4/1/91, Individually )
13  And On Behalf of All Others Similarly Situated, )
                                                  )   **Case No. CV-08-2599 (JSW)**
14  Plaintiff,                                    )
                                                  )
15                                                )   **SUPPLEMENTAL DECLARATION OF**
                    v.                            )   **AARON M. SHEANIN IN FURTHER**
16                                                )   **SUPPORT OF ADMINISTRATIVE**
    BANK OF AMERICA CORPORATION, BANC )             **MOTION RE ORDER APPOINTING**
17  OF AMERICA INVESTMENT SERVICES,          )     **LEAD PLAINTIFF AND LEAD**
    INC., and BANC OF AMERICA SECURITIES, )         **COUNSEL**
18  LLC,                                          )
                                                  )
19                                                )
                    Defendants.                   )
20  _____ )

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF AARON M. SHEANIN

I, Aaron M. Sheanin, under penalty of perjury, hereby declare:

1.     I am a partner of Girard Gibbs LLP, Lead Counsel in the above-captioned action, and am admitted to practice in the Northern District of California.  I submit this supplemental declaration in further support of the Administrative Motion re Order Appointing Lead Plaintiff and Lead Counsel.

2.     On August 7, 2008, I submitted a declaration in support of the Administrative Motion re Order Appointing Lead Plaintiff and Lead Counsel.  In that declaration, I stated that members of my firm had spoken with counsel for plaintiffs in the three other auction rate securities class actions pending against Bank of America (*Bearman v. Bank of America Corp., et al.*, Case No. 08-1115 (DMS) (WMC) (S.D. Cal.); *Cattell  v. Bank of America Corp., et al.*, Case No. 08-511 (GPM) (S.D. Ill.); *Ben-Tal v. Bank of America Corp. et al.*, 08-4767 (MRP) (PLA) (C.D. Cal.)), and that plaintiffs' counsel in each of those actions had authorized my firm to inform the Court that they would promptly dismiss their actions without prejudice, to allow the auction rate securities class action litigation against Bank of America to proceed only in the *Bondar* case pending before this Court.

3.     Notices of Voluntary Dismissal have now been filed in all three of the other auction rate securities class actions pending against Bank of America. Attached hereto as **Exhibit A** is a true and correct copy of the Notice of Voluntary Dismissal filed in the *Bearman* action.   Attached hereto as **Exhibit B** is a true and correct copy of the Notice of Voluntary Dismissal filed in the *Cattell* action. Attached hereto as **Exhibit C** is a true and correct copy of the Notice of Voluntary Dismissal filed in the *Ben-Tal* action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 25th day of August, 2008 at San Francisco, California.

*/s/ Aaron M. Sheanin*
Aaron M. Sheanin

## CERTIFICATE OF SERVICE

I, Aaron M. Sheanin, hereby certify that on August 25, 2008, I caused the foregoing document to be filed electronically with the United States District Court for the Northern District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I also caused the foregoing document to be delivered via first-class mail on:

Eileen L. McGeever
**Rushall & McGeever**
6100 Innovation Way
Carlsbad, CA 92009

Corey D. Sullivan
**Carey & Danis, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63015

*Counsel for Plaintiff Cattell*

Shawn Khorrami
**Khorrami Pollard & Abir LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071

Jeff S. Westerman
**Milberg LLP**
One California Plaza
300 South Grand Ave, Suite 3900
Los Angeles, CA 90071

*Counsel for Plaintiff Bearman*

*Attorney for Hanoch Ben-Tal*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August, 2008 at San Francisco, California.

_____/s/ Aaron M. Sheanin_____

-3-
CERTIFICATE OF SERVICE

EXHIBIT A

1   Eileen L. McGeever, Esq. SBN 62076
    Luci M. Montgomery, Esq. SBN 204986
2   **RUSHALL & McGEEVER**
    6100 Innovation Way
3   Carlsbad, California 92009
    (760) 438-6855
4
    Shawn Khorrami, Esq. SBN 180411
5   **KHORRAMI POLLARD & ABIR LLP**
    444 South Flower Street, 33rd Floor
6   Los Angeles, California 90071
    (213) 596-6000
7
8   Attorneys for Plaintiffs Sumner D. Bearman,
    Individually and on Behalf of All Others
9   Similarly Situated

10

11              **UNITED STATES DISTRICT COURT**

12        **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

13  SUMNER D. BEARMAN, Individually        ) Civil Action No. 08 CV 1115 DMS
    And On Behalf of All Others Similarly  ) (WMc)
14  Situated,                              )
                                           )
15                  Plaintiff,             ) **CLASS ACTION**
                                           )
16  v.                                     ) **NOTICE OF VOLUNTARY**
                                           ) **DISMISSAL**
17  BANK OF AMERICA CORPORATION;           )
    BANC OF AMERICA INVESTMENT             )
18  SERVICES, INC.; and BANC OF            )
    AMERICA SECURITIES, LLC,               )
19                                         )
                    Defendants.            )
20                                         )
                                           )
21  _____ )

22        NOTICE IS HEREBY GIVEN that pursuant to FRCP 41(a)(1), Plaintiffs

23  voluntarily dismiss the above-captioned action without prejudice.  A similar

24  federal securities action is currently pending in the Northern District of California

25  entitled *Richard S. Bondar, as Trustee of the Bondar Family Trust Dated 4/1/91*

26  *v. Bank of America Corporation, et al.*, No. CV-08-2599 (JSW) (the "Northern

27  District Action").  The plaintiff in the Northern District Action ("Bondar") has

28  been appointed lead plaintiff in that action. Plaintiffs did not object to Bondar's

NOTICE OF VOLUNTARY DISMISSAL                           08 CV 1115 DMS (WMc)

1  appointment as lead plaintiff, nor did Plaintiffs in a third similar federal securities

2  action currently pending in the Central District of California, entitled *Hanoch Ben-*

3  *Tal as Trustee for the Ben-Tal Family Trust and Aric A. Streit and Mary Streit as*

4  *Trustees for the Benefit of the Streit Living Trust, Individually and on Behalf of*

5  *All Others Similarly Situated v. Bank of America, et al.*, No. CV 08-4767 MRP

6  (PLAX).    Plaintiffs in *Hanoch Ben-Tal* have served notice of the voluntary

7  dismissal of that case, on the same bases as the notice herein. We dismiss the

8  action here in favor of the action moving forward in the Northern District of

9  California, to the benefit of all class members.

10                                          Respectfully submitted,

11                                          RUSHALL & McGEEVER

12

13  Dated:  August 21, 2008            /s/ Eileen L. McGeever
                                       Eileen L. McGeever

14
                                       Eileen L. McGeever
15                                     RUSHALL & McGEEVER
                                       6100 Innovation Way
16                                     Carlsbad, CA 92009
                                       Telephone: (760) 438-6855
17                                     Facsimile: (760) 438-3026

18                                     Shawn Khorrami
                                       KHORRAMI POLLARD & ABIR LLP
19                                     444 S. Flower Street, 33rd Floor
                                       Los Angeles, CA 90071
20                                     Telephone: (213) 596-6000
                                       Facsimile: (213) 596-6010

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL                          08 CV 1115 DMS (WMc)

-2-

1   Eileen L. McGeever, Esq. SBN 62076
    Luci M. Montgomery, Esq. SBN 204986
2   **RUSHALL & McGEEVER**
    6100 Innovation Way
3   Carlsbad, California 92009
    (760) 438-6855
4
    Shawn Khorrami, Esq. SBN 180411
5   **KHORRAMI POLLARD & ABIR LLP**
    444 South Flower Street, 33rd Floor
6   Los Angeles, California 90071
    (213) 596-6000
7

8   Attorneys for Plaintiffs Sumner D. Bearman,
    Individually and on Behalf of All Others
9   Similarly Situated

10

11                  **UNITED STATES DISTRICT COURT**

12          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

13  SUMNER D. BEARMAN, Individually    )   Civil Action No. 08 CV 1115 DMS
    And On Behalf of All Others Similarly  )   (WMC)
14  Situated,                          )
                                       )
15              Plaintiff,             )   **PROOF OF SERVICE**
                                       )
16  v.                                 )
                                       )
17  BANK OF AMERICA CORPORATION;       )
    BANC OF AMERICA INVESTMENT         )
18  SERVICES, INC.; and BANC OF        )
    AMERICA SECURITIES, LLC,           )
19                                     )
                                       )
20              Defendants.            )
                                       )
21  _____   )

22      I, Cheryl A. Knoblock, am employed in the County of San Diego, State of

23  California.  I am over the age of 18 and not a party to the within action.  My

24  business address is 6100 Innovation Way, Carlsbad, California 92009.

25      On August 21, 2008, the following document(s):

26          (1)    NOTICE OF VOLUNTARY DISMISSAL

27  were presented to the Clerk of the Court for filing and uploading to the CM/ECF

28  system. In accordance with their ECF registration agreement and the Court's

PROOF OF SERVICE                                    08 CV 01115 DMS (WMc)

1 | rules, the Clerk of the Court will send e-mail notification of such filing to the

2 | following persons:

3 | David I. Hurwitz
dhurwitz@omm.com

4 |

Jeff S. Westerman
5 | jwesterman@milberg.com

6 |     I declare under penalty of perjury under the laws of the State of California

7 | that the foregoing is true and correct.

8 |     Executed on August 21, 2008, at Carlsbad, California.

9 |

10 |

11 |

12 | Cheryl A. Knoblock

EXHIBIT B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAWRENCE CATTELL, Individually and On Behalf of All Others Similarly Situated, | Case No. 08-511-GPM |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES, LLC, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: August __14__, 2008       Respectfully submitted,

By:   /S   Corey D. Sullivan
Corey D. Sullivan IL Bar #6294688
Joseph P. Danis
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

*Attorneys for Plaintiff*

1

1

## CERTIFICATE OF SERVICE

2        I hereby certify that a copy of the foregoing was served by U.S. Mail, postage prepaid, on this

3    14th day of August, to the following:

4

5

6        **Banc of America Investment Services, Inc.**
         c/o CT Corporation System
7        208 South LaSalle Street, Suite 814
         Chicago, IL 60604
8

9        **Banc of America Securities, LLC.**
         c/o CT Corporation System
10       208 South LaSalle Street
         Chicago, IL 60604
11

12       **Bank of America Corporation.**
         c/o CT Corporation System
13       225 Hillsborough Street
         Raleigh, NC 27603
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

EXHIBIT C

1  JEFF S. WESTERMAN (SBN 94559)
   jwesterman@milberg.com
2  MILBERG LLP
   One California Plaza
3  300 South Grand Avenue, Suite 3900
   Los Angeles, CA 90071
4  Telephone: (213) 617-1200
   Facsimile: (213) 617-1975
5
   JEROME M. CONGRESS                    GEORGE A. SHOHET (SBN 112697)
6  jcongress@milberg.com                 georgeshohet@gmail.com
   KENT A. BRONSON                       LAW OFFICES OF GEORGE A.
7  kbronson@milberg.com                  SHOHET,
   MILBERG LLP                           A PROFESSIONAL CORPORATION
8  One Pennsylvania Plaza, 49th Floor    245 Main Street, Suite 310
   New York, NY 10119                    Venice, CA 90291
9  Telephone: (212) 594-5300             Telephone: (310) 452-3176
   Facsimile: (212) 868-1229
10
11 *Counsel for Hanoch Ben-tal as Trustee for the benefit of the Ben-tal Family Trust
   and Aric A. Streit and Mary Streit as Trustees for the benefit of the Streit Living*
12 *Trust and the Proposed Class*
13
14              UNITED STATES DISTRICT COURT
15             CENTRAL DISTRICT OF CALIFORNIA
16 HANOCH BEN-TAL AS TRUSTEE          )  Civil Action No. CV 08-4767 MRP
   FOR THE BENEFIT OF THE BEN-        )  (PLAX)
17 TAL FAMILY TRUST AND ARIC A.       )
   STREIT AND MARY STREIT AS          )  **CLASS ACTION**
18 TRUSTEES FOR THE BENEFIT OF        )
   THE STREIT LIVING TRUST,           )  NOTICE OF VOLUNTARY
19 Individually And On Behalf of All  )  DISMISSAL
   Others Similarly Situated,         )
20                                    )
                      Plaintiffs,     )
21                                    )
        vs.                           )
22                                    )
   BANK OF AMERICA                    )
23 CORPORATION, BANC OF               )
   AMERICA INVESTMENT SERVICES,       )  JUDGE:      HON. MARIANA R.
   INC., and BANC OF AMERICA          )              PFAELZER
24 SECURITIES, LLC,                   )
25                                    )
                      Defendants.     )
26
27
28
───────────────────────────────────────────────
                 NOTICE OF VOLUNTARY DISMISSAL
DOCS\442749v1

1    NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a),

2  Plaintiffs voluntarily dismiss the above-captioned action without prejudice.    A

3  similar federal securities action is currently pending in the Northern District of

4  California entitled *Richard S. Bondar, as Trustee of the Bondar Family Trust*

5  *Dated 4/1/91 v. Bank of America Corporation, et al.*, No. CV-08-2599 (JSW) (the

6  "Northern District Action").    The plaintiff in the Northern District Action

7  ("Bondar") incurred the largest financial loss and was appointed lead plaintiff in

8  that action.  Plaintiffs did not object to Bondar's appointment as lead plaintiff.  We

9  dismiss the action here in favor of the action moving forward in the Northern

10  District of California.

11                                          Respectfully submitted,

12    Dated:  August 14, 2008               MILBERG LLP
                                            JEFF S. WESTERMAN
13

14

15                                            */s/ Jeff S. Westerman*
                                            JEFF S. WESTERMAN
16
                                            One California Plaza
17                                          300 South Grand Avenue, Suite 3900
                                            Los Angeles, CA 90071-3172
18                                          Telephone:  (213) 617-1200
                                            Facsimile:  (213) 617-1975
19                                          E-mail:  jwesterman@milberg.com

20                                          MILBERG LLP
                                            Jerome M. Congress
21                                          Kent A. Bronson
                                            One Pennsylvania Plaza, 49th Floor
22                                          New York, NY  10119
                                            Telephone:  (212) 594-5300
23                                          Facsimile:  (212) 868-1229
                                            E-mail:  jcongress@milberg.com
24                                             kbronson@milberg.com

25                                          LAW OFFICES OF GEORGE A.
                                              SHOHET, A Professional Corporation
26                                          GEORGE A. SHOHET
                                            245 Main Street, Suite 310
27                                          Venice, CA 90291
                                            Telephone: (310) 452-3176
28                                          E-mail:  georgeshohet@gmail.com

- 1 -

DOCS\442749v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Hanoch Ben-Tal as Trustee for the benefit of the Ben-Tal Family Trust and Aric A. Streit and Mary Streit as Trustees for the benefit of the Streit Living Trust And The Proposed Class*

- 2 -

DOCS\442749v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2.    That on August 14, 2008, declarant served the NOTICE OF VOLUNTARY DISMISSAL by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of August, 2008, at Los Angeles, California.

_____
ANN MARIE GENOVESE

- 3 -

DOCS\442749v1

*Bank of America Corporation*
**Service List**

***Plaintiffs Counsel:***

Jeff S. Westerman
**MILBERG LLP**
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milberg.com

George A. Shohet
**LAW OFFICES OF GEORGE A. SHOHET,
 A PROFESSIONAL CORPORATION**
245 Main Street, Suite 310
Venice, CA 90291
Telephone: (310) 452-3176
Email: georgeshohet@gmail.com

Daniel C. Girard
Jonathan K. Levine
**GIRARD GIBBS LLP**
601 California Street, 14ᵗʰ Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com
        jkl@girardgibbs.com

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714) 7101
Email: siegel@stuevesiegel.com

Christopher S. Seeger
Steven A. Weiss
David R. Buchanan
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Email: cseeger@seegerweiss.com
        sweiss@seegerweiss.com
        dbuchanan@seegerweiss.com

Eileen L. McGeever
**RUSHALL & MCGEEVER**
6100 Innovation Way
Carlsbad, CA 92009
Telephone: (760) 438-6855
Facsimile: (760) 438-3026
Email: RM@rushallmcgeever.com

- 4 -

DOCS\442749v1

1   Shawn Khorrami
2   **KHORRAMI POLLARD & ABIR LLP**
    444 S. Flower Street, 33rd Floor
3   Los Angeles, CA 90071
4   Telephone: (213) 596-6000
    Facsimile: (213) 596-6010
5   Email: SKhorrami@kpalawyers.com

6

7   ***Defendants Counsel:***

8   Debra S. Belaga
    Aaron M. Rofkahr
9   **O'MELVENY & MYERS LLP**
10   Embarcadero Center West
    275 Battery Street, Ste. 2600
11   San Francisco, CA 94111-3305
12   Telephone: (415) 984-8700
    Facsimile: (415) 984-8701
13   Email: dbelaga@omm.com
14         arofkahr@omm.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

DOCS\442749v1