IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. BONDAR, | |
| Plaintiff, | No. 08-02599 JSW |
| v. | **ORDER GRANTING ADMINISTRATIVE MOTION RE APPOINTMENT OF LEAD COUNSEL** |
| BANK OF AMERICA CORPORATION, | |
| Defendants. | |

This matter comes before the Court upon consideration of the Administrative Motion re Order Appointing Lead Plaintiff and Lead Counsel. Having considered the motion, the record in this case, the Court GRANTS the motion, and shall not disturb its Order dated August 5, 2008.[1]

**IT IS SO ORDERED.**

Dated: September 18, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that in its Order in *VanDyke v. Wells Fargo*, 08-CV-1962-JSW, the Court stated that it vacated the Order appointing lead counsel pending a ruling on the motion to transfer *or pending a further showing from Plaintiffs* that the Court had authority to rule on the motion before a ruling from the MDL.