Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
Christina H. C. Sharp (State Bar No. 245869)
chc@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Counsel for the Sitrin Group

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. BONDAR, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES, LLC,<br><br>Defendants. | Case No. CV-08-2599 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE** |

Lead Plaintiffs the Charles T. Sitrin Network of Homes & Services, Inc. and the Charles T. Sitrin Healthcare Center, Inc.; Alan Wofsy, Myrtle Street Flats LLC dba Sunrise Properties, and Emeric-Goodman Associates LLC; and Dennis J. Pitocco (collectively the "Sitrin Group" or "Lead Plaintiffs"), and Defendants Bank Of America Corporation, Banc Of America Investment Services, Inc., and Banc Of America Securities, LLC (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1) Lead Plaintiffs' amended complaint shall be filed on or before January 22, 2009;

2) Defendants shall answer, move against or otherwise respond to the amended complaint on or before March 13, 2009;

3) Should Defendants file a motion to dismiss the amended complaint, the briefing schedule on such motion shall be as follows:

    a) Lead Plaintiffs shall file any opposition to Defendants' motion to dismiss on or before May 7, 2009; and

    b) Defendants shall file any reply in support of the motion to dismiss on or before May 28, 2009.

DATED: December 16, 2008        **GIRARD GIBBS LLP**

By: _____

Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
Christina H.C. Sharp
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Lead Counsel for the Class*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 15, 2008 | O'MELVENY & MYERS LLP |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Debra S. Belaga |
| | | Aaron M. Rofkahr |
| 6 | | Embarcadero Center West |
| | | 275 Battery Street |
| 7 | | San Francisco, CA 94111-3305 |
| | | Telephone: (415) 984-8700 |
| | | Facsimile: (415) 984-8701 |
| 8 | | |
| 9 | | *Counsel for Defendants* |

- 3 -
STIPULATION AND [PROPOSED]ORDER

[PROPOSED] ORDER

Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that:

1) Lead Plaintiffs' amended complaint shall be filed on or before January 22, 2009;

2) Defendants shall answer, move against or otherwise respond to the amended complaint on or before March 13, 2009;

3) Should Defendants file a motion to dismiss the amended complaint, the briefing schedule on such motion shall be as follows:

    a) Lead Plaintiffs shall file any opposition to Defendants' motion to dismiss on or before May 7, 2009; and

    b) Defendants shall file any reply in support of the motion to dismiss on or before May 28, 2009.

The hearing on any motion to dismiss shall be heard on June 19, 2008 at 9:00 a.m.

DATED: December 16, 2008

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

- 4 -
STIPULATION AND [PROPOSED] ORDER