ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE Bank of America Corp. Auction Rate Securities Marketing Litigation:

RICHARD S. BONDAR, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES LLC,

Defendants.

MDL No. 09-2014 this paper relates to:

Case No. C08-02599 JSW

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Judge: Jeffrey S. White
Docket No. 50

Jonathan Rosenberg, an active member in good standing of the bar of the State of New York and the United States District Court for the Southern District of New York, whose business address and telephone number is O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Bank of America Corporation, Banc of America Investment Services, Inc., and Banc of America Securities LLC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 16, 2009

_____
Hon. Jeffrey S. White
United States District Judge