1  *(Attorney list on signature page)*
2
3
4 

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

5
6  IN RE Bank of America Corp. Auction Rate Securities Marketing Litigation:

   MDL No. 09-2014

7  This Document Relates to:
8  ALL CASES

   **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE**

   Judge: Jeffrey S. White

9
10
11  The parties hereto, Class Plaintiffs in *Bondar v. Bank of America Corp.*, No. C 08-2599
12  (JSW), Plaintiff Independence Tube Corporation, and Plaintiff Twin Lane, Inc., (collectively,
13  "Plaintiffs"), and Defendants Bank of America Corporation, Banc of America Securities LLC,
14  Banc of America Investment Services, Inc., and Stephen Pelleriti (collectively, "Defendants"), by
15  and through their respective counsel of record, hereby stipulate as follows:
16  **WHEREAS**, under this Court's April 7, 2009 Order, the initial case management
17  conference is scheduled to take place on Friday, September 18, 2009 at 1:30 p.m.;
18  **WHEREAS**, in light of the Rosh Hashanah holiday and Defendants' Lead Counsel's
19  scheduled trial in another action, Defendants request an adjournment of the initial case
20  management conference and Plaintiffs do not oppose that request;
21  **IT IS THEREFORE STIPULATED AND AGREED,** by and between Plaintiffs and
22  Defendants, acting through their respective counsel, subject to this Court's approval, that the
23  initial case management conference shall be held on Friday, October 2, 2009 at 1:30 p.m. A case
24  management conference statement shall be due on or before Friday, September 25, 2009.
25
26
27
28

Dated: April 15, 2009

| | |
|---|---|
| **GIRARD GIBBS LLP** | **O'MELVENY & MYERS LLP** |
| By: _____<br>Daniel C. Girard, dcg@girardgibbs.com<br>Jonathan K. Levine, jkl@girardgibbs.com<br>Aaron M. Sheanin, ams@girardgibbs.com<br>Christina H. C. Sharp, chc@girardgibbs.com<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br><br>*Attorneys for Class Plaintiffs* | By: /s/ *[signature]*<br>Jonathan Rosenberg, jrosenberg@omm.com<br>B. Andrew Bednark, abednark@omm.com<br>7 Times Square<br>New York, New York 10036<br>Tel: (212) 326-2000<br>Fax: (212) 326-2061<br><br>Robert Stern, rstern@omm.com<br>1625 Eye Street NW<br>Washington, DC 20006<br>Tel: (202) 383-5300<br>Fax: (202) 383-5414<br><br>Debra S. Belaga, dbelaga@omm.com<br>Aaron M. Rofkahr, arofkahr@omm.com<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Tel: (415) 984-8700<br>Fax: (415) 984-8701<br><br>*Attorneys for Defendants* |

**SCHOPF & WEISS LLP**

By: _____
William G. Schopf, schopf@sw.com
Jose A. Lopez, lopez@sw.com
Ian H. Fisher, fisher@sw.com
Nicholas A. Gowen, gowen@sw.com
One South Wacker Drive; 28th Floor
Chicago, Illinois 60606-4617
Tel: (312) 701-9300
Fax: (312) 701-9335

*Attorneys for Independence Tube Corp.*

Dated: April 10, 2009

| | |
|---|---|
| **GIRARD GIBBS LLP** | **O'MELVENY & MYERS LLP** |
| By: *[signature: CHC Sharp]* | By: _____ |
| Daniel C. Girard, dcg@girardgibbs.com | Jonathan Rosenberg, jrosenberg@omm.com |
| Jonathan K. Levine, jkl@girardgibbs.com | B. Andrew Bednark, abednark@omm.com |
| Aaron M. Sheanin, ams@girardgibbs.com | 7 Times Square |
| Christina H. C. Sharp, chc@girardgibbs.com | New York, New York 10036 |
| 601 California Street, Suite 1400 | Tel: (212) 326-2000 |
| San Francisco, California 94108 | Fax: (212) 326-2061 |
| Tel: (415) 981-4800 | |
| Fax: (415) 981-4846 | Robert Stern, rstern@omm.com |
| | 1625 Eye Street NW |
| ***Attorneys for Class Plaintiffs*** | Washington, DC 20006 |
| | Tel: (202) 383-5300 |
| | Fax: (202) 383-5414 |
| | |
| | Debra S. Belaga, dbelaga@omm.com |
| | Aaron M. Rofkahr, arofkahr@omm.com |
| | Two Embarcadero Center, 28th Floor |
| | San Francisco, California 94111 |
| | Tel: (415) 984-8700 |
| | Fax: (415) 984-8701 |
| | |
| | ***Attorneys for Defendants*** |
| **SCHOPF & WEISS LLP** | |
| By: _____ | |
| William G. Schopf, schopf@sw.com | |
| Jose A. Lopez, lopez@sw.com | |
| Ian H. Fisher, fisher@sw.com | |
| Nicholas A. Gowen, gowen@sw.com | |
| One South Wacker Drive; 28th Floor | |
| Chicago, Illinois 60606-4617 | |
| Tel: (312) 701-9300 | |
| Fax: (312) 701-9335 | |
| | |
| ***Attorneys for Independence Tube Corp.*** | |

Dated: April 15, 2009

| GIRARD GIBBS LLP | O'MELVENY & MYERS LLP |
|---|---|
| By: _____<br>Daniel C. Girard, dcg@girardgibbs.com<br>Jonathan K. Levine, jkl@girardgibbs.com<br>Aaron M. Sheanin, ams@girardgibbs.com<br>Christina H. C. Sharp, chc@girardgibbs.com<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br><br>*Attorneys for Class Plaintiffs* | By: _____<br>Jonathan Rosenberg, jrosenberg@omm.com<br>B. Andrew Bednark, abednark@omm.com<br>7 Times Square<br>New York, New York 10036<br>Tel: (212) 326-2000<br>Fax: (212) 326-2061<br><br>Robert Stern, rstern@omm.com<br>1625 Eye Street NW<br>Washington, DC 20006<br>Tel: (202) 383-5300<br>Fax: (202) 383-5414<br><br>Debra S. Belaga, dbelaga@omm.com<br>Aaron M. Rofkahr, arofkahr@omm.com<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Tel: (415) 984-8700<br>Fax: (415) 984-8701<br><br>*Attorneys for Defendants* |

SCHOPF & WEISS LLP

By: /s/ [signature]
William G. Schopf, schopf@sw.com
Jose A. Lopez, lopez@sw.com
Ian H. Fisher, fisher@sw.com
Nicholas A. Gowen, gowen@sw.com
One South Wacker Drive; 28th Floor
Chicago, Illinois 60606-4617
Tel: (312) 701-9300
Fax: (312) 701-9335

*Attorneys for Independence Tube Corp.*

- 2 -

STIPULATION AND [PROPOSED] ORDER RE
CASE MANAGEMENT CONFERENCE
CASE NO. C09 02014 JSW

1 | **FREELAND COOPER & FOREMAN LLP**
2 | By: /s/ Stewart Foreman
3 | Stewart H. Foreman,
foreman@freelandlaw.com
4 | Daniel T. Bernhard,
bernhard@freelandlaw.com
5 | 150 Spear Street, Suite 1800
San Francisco, California 94105
6 | Telephone: (415) 541-0200
Facsimile: (415) 495-4332

7 | **GRAUBARD MILLER**
8 | Edward H. Pomeranz,
epomeranz@graubard.com
9 | Caryn L. Marcus, cmarcus@graubard.com
10 | The Chrysler Building
405 Lexington Avenue
11 | New York, NY 10174-1901
Tel: (212) 818-8800
12 | Fax: (212) 818-8881

13 | *Attorneys for Twin Lane, Inc.*

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that the initial case |
| 3 | management conference shall be held on Friday, October 2, 2009 at 1:30 p.m. A case |
| 4 | management conference statement shall be due on or before Friday, September 25, 2009. |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Date: April 16, 2009.

_____
The Honorable Jeffrey S. White
United States District Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER RE
CASE MANAGEMENT CONFERENCE
CASE NO. C09 02014 JSW