IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:BANK OF AMERICA CORP. AUCTION RATE SECURITIES (ARS) MARKETING LITIGATION,<br><br>This document relates to:<br><br>*Bondar v. Bank of America*, C-08-2599-JSW<br>_____/ | No. C 09-02014 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO SUBSTITUTE PARTY** |

On June 9, 2009, Lead Plaintiff in *Bondar v. Bank of America*, 08-2599, the Sitrin Group, filed a Motion to Substitute Party, which is noticed for hearing on August 7, 2009. It is HEREBY ORDERED that any opposition to the motion shall be due by no later than June 26, 2009, and any reply brief shall be due by no later than July 7, 2009.[1] If the parties wish to modify this briefing schedule, they must submit a request to the Court demonstrating good cause. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: June 9, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] The Court is allowing additional time for the reply brief in light of the July 4, holiday.