1    *(Attorney list on signature page)*

2

3            **UNITED STATES DISTRICT COURT**

4            **NORTHERN DISTRICT OF CALIFORNIA**
              **SAN FRANCISCO DIVISION**

5

6   In re Bank of America Corp. Auction Rate     MDL No. 09-2014
    Securities Marketing Litigation

7                                 **STIPULATION AND [PROPOSED]**
                                **SCHEDULING ORDER**

8    This Document Relates to:
    *Bondar v. Bank of America Corp.*       Hon. Jeffrey S. White

9    No. C 08-2599 (JSW)

10

11        Class Plaintiffs in *Bondar v. Bank of America Corp.*, No. C 08-2599 (JSW) and

12   Defendants Bank of America Corporation, Banc of America Securities LLC, and Banc of

13   America Investment Services, Inc. (collectively, "Defendants"), by and through their respective

14   counsel of record, hereby stipulate as follows:

15        **WHEREAS** Class Plaintiffs filed a Second Amended Class Action Complaint on May

16   12, 2009;

17        **WHEREAS** by stipulated Order dated May 7, 2009, the Court entered the following

18   schedule on Defendants' anticipated motion to dismiss:

19          1)   Defendants shall answer, move against or otherwise respond to the Second

20              Amended Class Action Complaint on or before June 30, 2009;

21          2)   Should Defendants file a motion to dismiss the Second Amended Class Action

22              Complaint, the briefing schedule on such motion shall be as follows:

23              a)   Class Plaintiffs shall file any opposition to Defendants' motion to dismiss on

24                 or before July 30, 2009; and

25              b)   Defendants shall file any reply in support of the motion to dismiss on or

26                 before August 21, 2009;

27

28

3)  The hearing on the motion to dismiss, if the Court deems it necessary, will be held on October 2, 2009 at 9 a.m.

**WHEREAS** on June 9, 2009, Class Plaintiffs the Sitrin Group filed a Motion to Withdraw and Substitute Lead Plaintiff;

**WHEREAS** the Court issued an Order on June 10, 2009, setting the following briefing schedule on the Motion to Withdraw and Substitute Lead Plaintiff:

1)  Any opposition to the motion shall be due by no later than June 26, 2009; and

2)  Any reply brief shall be due by no later than July 7, 2009;

**WHEREAS** the parties agree that in the interest of efficiency, the Motion to Withdraw and Substitute Lead Plaintiff should be resolved before Defendants file their anticipated motion to dismiss the Second Amended Complaint and that awaiting such resolution is good cause to grant a modest extension on the motion to dismiss briefing schedule;

**WHEREAS** the parties agree, subject to this Court's approval, that a modest extension of the motion to dismiss briefing schedule should not require a continuance of the October 2, 2009 motion to dismiss hearing date;

**WHEREAS** the parties agree, subject to this Court's approval, to the following schedule on Defendants' anticipated motion to dismiss:

1)  Defendants shall answer, move against or otherwise respond to the Second Amended Class Action Complaint within 14 days of the Court's decision on the Motion to Withdraw and Substitute Lead Plaintiff;

2)  Should Defendants file a motion to dismiss the Second Amended Class Action Complaint, the briefing schedule on such motion shall be as follows:

a)  Class Plaintiffs shall file any opposition to Defendants' motion to dismiss within 30 days of the filing of Defendants' motion; and

b)  Defendants shall file any reply in support of the motion to dismiss within 21 days of the filing of Plaintiffs' opposition.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 08-2599 (JSW)

1    3) The hearing on the motion to dismiss, if the Court deems it necessary, remains

2    on calendar for October 2, 2009 at 9 a.m.

3

     Dated:  June 16, 2009

4

5    **GIRARD GIBBS LLP**                          **O'MELVENY & MYERS LLP**

6    By:  _CHCShap_                                By:  _[signature]_

7    Daniel C. Girard, dcg@girardgibbs.com          Jonathan Rosenberg, jrosenberg@omm.com
     Jonathan K. Levine, jkl@girardgibbs.com        B. Andrew Bednark, abednark@omm.com
8    Aaron M. Sheanin, ams@girardgibbs.com          7 Times Square
     Christina H. C. Sharp, chc@girardgibbs.com     New York, New York  10036
9    601 California Street, Suite 1400              Tel:  (212) 326-2000
     San Francisco, California 94108                Fax:  (212) 326-2061
10   Tel: (415) 981-4800
11   Fax: (415) 981-4846                           Robert Stern, rstern@omm.com
                                                    1625 Eye Street NW
12   **Attorneys for Class Plaintiffs**            Washington, DC  20006
                                                    Tel:  (202) 383-5300
13                                                  Fax:  (202) 383-5414

14                                                  Debra S. Belaga, dbelaga@omm.com
15                                                  Aaron M. Rofkahr, arofkahr@omm.com
                                                    Two Embarcadero Center, 28th Floor
16                                                  San Francisco, California  94111
                                                    Tel:  (415) 984-8700
17                                                  Fax:  (415) 984-8701

18                                                  **Attorneys for Defendants**

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. 08-2599 (JSW)

1

2 **[PROPOSED] ORDER**

3 Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that:

4     1) Defendants shall answer, move against or otherwise respond to the Second

5         Amended Class Action Complaint within 14 days of the Court's decision on the

6         Motion to Withdraw and Substitute Lead Plaintiff;

7     2) Should Defendants file a motion to dismiss the Second Amended Class Action

8         Complaint, the briefing schedule on such motion shall be as follows:

9        a) Class Plaintiffs shall file any opposition to Defendants' motion to dismiss

10           within 30 days of the filing of Defendants' motion; and

11        b) Defendants shall file any reply in support of the motion to dismiss within 21

12           days of the filing of Plaintiffs' opposition.

13     3) The hearing on the motion to dismiss, if the Court deems it necessary, remains

14         on calendar for October 2, 2009 at 9 a.m.

15

16 **IT IS SO ORDERED.**

17

18 DATED: June 17, 2009 _____

19                         THE HONORABLE JEFFREY S. WHITE

20                         UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. 08-2599 (JSW)