*(Attorney list on signature page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Bank of America Corp. Auction Rate Securities Marketing Litigation<br><br>This Document Relates to:<br>*Bondar v. Bank of America Corp.*<br>No. C 08-2599 (JSW) | MDL No. 09-2014<br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br>AS MODIFIED HEREIN<br>Hon. Jeffrey S. White |

Class Plaintiffs in *Bondar v. Bank of America Corp.*, No. C 08-2599 (JSW) and Defendants Bank of America Corporation, Banc of America Securities LLC, and Banc of America Investment Services, Inc. (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS** Class Plaintiffs filed a Second Amended Class Action Complaint on May 12, 2009;

**WHEREAS** by stipulated Order dated June 17, 2009, the Court entered the following schedule on Defendants' anticipated motion to dismiss:

1) Defendants shall answer, move against or otherwise respond to the Second Amended Class Action Complaint within 14 days of the Court's decision on the Motion to Withdraw and Substitute Lead Plaintiff;

2) Should Defendants file a motion to dismiss the Second Amended Class Action Complaint, the briefing schedule on such motion shall be as follows:

   a) Class Plaintiffs shall file any opposition to Defendants' motion to dismiss within 30 days of the filing of Defendants' motion; and

   b) Defendants shall file any reply in support of the motion to dismiss within 21 days of the filing of Plaintiffs' opposition.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 08-2599 (JSW)

3) The hearing on the motion to dismiss, if the Court deems it necessary, remains on calendar for October 2, 2009 at 9 a.m.

**WHEREAS** on July 9, 2009, the Court issued a decision on the Motion to Withdraw and Substitute Lead Plaintiff, in which it (i) granted the Sitrin Group's motion to withdraw as Lead Plaintiff, (ii) denied the Hamm Group's motion to substitute as lead plaintiff without prejudice, (iii) allowed the Hamm Group to file a renewed motion to be appointed Lead Plaintiff, and (iv) permitted any other candidates who wish to be appointed Lead Counsel to file such motions;

**WHEREAS** the Hamm Group intends to promptly file a renewed motion to be appointed Lead Plaintiff;

**WHEREAS** the parties agree that in the interest of efficiency, the Hamm Group's renewed Lead Plaintiff motion should be decided before Defendants file their anticipated motion to dismiss the Second Amended Complaint, and that awaiting a ruling on that application is good cause to grant a modest extension on the motion to dismiss briefing schedule;

**WHEREAS** the parties agree, subject to this Court's approval, to the following schedule on Defendants' anticipated motion to dismiss:

1) Defendants shall answer, move against or otherwise respond to the Second Amended Class Action Complaint within 14 days of the Court's appointment of Lead Plaintiff and Lead Counsel, if any;

2) Should Defendants file a motion to dismiss the Second Amended Class Action Complaint, the briefing schedule on such motion shall be as follows:

   a) Lead Plaintiffs shall file any opposition to Defendants' motion to dismiss within 30 days of the filing of Defendants' motion; and

   b) Defendants shall file any reply in support of the motion to dismiss within 21 days of the filing of Lead Plaintiffs' opposition.

- 2 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. 08-2599 (JSW)

1
2  Dated: July 13, 2009

3  **GIRARD GIBBS LLP**                                    **O'MELVENY & MYERS LLP**

4  By: _____/s/ CHC Sharp/_____                            By: _____/s/_____
5  Daniel C. Girard, dcg@girardgibbs.com                   Jonathan Rosenberg, jrosenberg@omm.com
   Jonathan K. Levine, jkl@girardgibbs.com                 B. Andrew Bednark, abednark@omm.com
6  Aaron M. Sheanin, ams@girardgibbs.com                   7 Times Square
   Christina H. C. Sharp, chc@girardgibbs.com              New York, New York 10036
7  601 California Street, Suite 1400                       Tel: (212) 326-2000
8  San Francisco, California 94108                         Fax: (212) 326-2061
   Tel: (415) 981-4800
9  Fax: (415) 981-4846                                     Robert Stern, rstern@omm.com
                                                           1625 Eye Street NW
10 *Attorneys for Class Plaintiffs*                        Washington, DC 20006
                                                           Tel: (202) 383-5300
11                                                         Fax: (202) 383-5414

12                                                         Debra S. Belaga, dbelaga@omm.com
13                                                         Aaron M. Rofkahr, arofkahr@omm.com
                                                           Two Embarcadero Center, 28th Floor
14                                                         San Francisco, California 94111
                                                           Tel: (415) 984-8700
15                                                         Fax: (415) 984-8701

16                                                         *Attorneys for Defendants*

17
18
19
20
21
22
23
24
25
26
27
28

- 3 -                                                      STIPULATION AND [PROPOSED] ORDER
                                                           CASE NO. 08-2599 (JSW)

## [PROPOSED] ORDER

Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that:

1) Defendants shall answer, move against or otherwise respond to the Second Amended Class Action Complaint within 14 days of the appointment of Lead Plaintiff and Lead Counsel, if any;

2) Should Defendants file a motion to dismiss the Second Amended Class Action Complaint, the briefing schedule on such motion shall be as follows:

   a) Lead Plaintiffs shall file any opposition to Defendants' motion to dismiss within 30 days of the filing of Defendants' motion; and

   b) Defendants shall file any reply in support of the motion to dismiss within 21 days of the filing of Lead Plaintiffs' opposition.

3. The parties shall notice the motion for a hearing date twenty-one days after the date on which the reply brief would be due.

**IT IS SO ORDERED.**

DATED: July 15, 2009

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE