*(Attorney list on signature page)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE Bank of America Corp. Auction Rate Securities Marketing Litigation:<br><br>RICHARD S. BONDAR, as Trustee of the Bondar Family Trust Dated 4/1/91, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES LLC,<br><br>Defendants. | MDL No. 09-2014<br><br>This Document Relates to:<br><br>Case No. C08-02599 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS**<br><br>Judge:     Jeffrey S. White |

The parties hereto, Lead Plaintiffs N.R. Hamm Quarry, Inc. and Ed O'Gara (collectively "Lead Plaintiffs"), and Defendants Bank of America Corporation, Banc of America Investment Services, Inc., and Banc of America Securities LLC (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on March 9, 2009, this Court approved the parties' stipulation to set a 25-page limit on the parties' principal motion-to-dismiss briefs related to the First Amended Class Action Complaint ("FAC");

**WHEREAS**, Class Plaintiffs filed a Second Amended Class Action Complaint ("SAC") on May 12, 2009;

**WHEREAS**, like the FAC, the SAC asserts federal securities-fraud claims related to auction-rate securities ("ARS"), financial instruments that pay interest at rates set at periodic auctions;

**WHEREAS**, like the FAC, the SAC alleges that Defendants engaged in a comprehensive scheme to defraud purchasers of ARS by manipulating the market for ARS and misrepresenting

and failing to disclose material facts to purchasers of ARS in violation of Section 10(b) of the Securities Exchange Act of 1934 and Rules 10b-5(a), (b) and (c) promulgated thereto;

**WHEREAS**, in light of the SAC's scope and complexity, Defendants request a modest increase in the page limits imposed by this Court's Civil Standing Orders for Defendants' motion to dismiss; and

**WHEREAS**, Lead Plaintiffs do not object to Defendants' request for additional pages for their brief in support of their motion to dismiss, provided that Lead Plaintiffs are allowed an equal number of pages for their brief in opposition to the motion to dismiss.

**IT IS THEREFORE STIPULATED AND AGREED,** by and between Lead Plaintiffs and Defendants, acting through their respective counsel, subject to this Court's approval, as follows:

1. Defendants' memorandum of law in support of their motion to dismiss shall not exceed 25 pages; and

2. Lead Plaintiffs' memorandum of law in opposition to Defendants' motion to dismiss shall not exceed 25 pages.

1 | Dated: August 31, 2009

2 | O'MELVENY & MYERS LLP

GIRARD GIBBS LLP

3 | By: /s/ *[signature]*

By: /s/ Aaron M. Sheanin

4 | Jonathan Rosenberg, jrosenberg@omm.com
B. Andrew Bednark, abednark@omm.com

Daniel C. Girard
Jonathan K. Levine

5 | 7 Times Square
New York, New York 10036

Aaron M. Sheanin
Christina H.C. Sharp

6 | Tel: (212) 326-2000
Fax: (212) 326-2061

601 California Street, 14th Floor
San Francisco, California 94108

7 | Telephone: (415) 981-4800

8 | Robert Stern, rstern@omm.com
1625 Eye Street NW

Facsimile: (415) 981-4846

9 | Washington, DC 20006
Tel: (202) 383-5300

*Lead Counsel for the Class*

10 | Fax: (202) 383-5414

11 | Debra S. Belaga, dbelaga@omm.com
Aaron M. Rofkahr, arofkahr@omm.com

12 | Two Embarcadero Center, 28th Floor
San Francisco, California 94111

13 | Tel: (415) 984-8700

14 | Fax: (415) 984-8701

15 | *Attorneys for Defendants*

- 3 -

STIPULATION AND [PROPOSED] ORDER RE
PAGE LIMITS CASE NO. C08 02599 JSW

## [PROPOSED] ORDER

Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that the page limits for the motion-to-dismiss briefing in this matter shall be:

| | |
|---|---|
| Defendants' motion to dismiss: | 25 pages |
| Lead Plaintiffs' opposition to Defendants' motion to dismiss: | 25 pages |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Date:  September 2, 2009          _____
The Honorable Jeffrey S. White
United States District Judge