*(Attorney list on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE Bank of America Corp. Auction Rate Securities Marketing Litigation:<br><br>This Document Relates to:<br><br>*Bondar v. Bank of America Corp., et al.*<br>No. C 08-2599 (JSW)<br><br>*Aeroflex Inc. v. Bank of America Corp., et al.*<br>No. C 09-5245 (JSW) | MDL No. 09-2014<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO DISMISS** AS MODIFIED<br><br>Hon. Jeffrey S. White |

Class Plaintiffs in *Bondar v. Bank of America Corp.*, No. C 08-2599 (JSW), Plaintiff Aeroflex Incorporated in the individual action, *Aeroflex Inc. v. Bank of America Corp., et al.*, No. C 09-5425 (JSW) (collectively, "Plaintiffs"), and Defendants Bank of America Corporation, Banc of America Securities LLC, and Banc of America Investment Services, Inc. (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, Defendants' motion to dismiss Plaintiffs' Consolidated Class Action and Individual Complaint for Violations of Federal Securities Laws is currently pending before this Court;

**WHEREAS**, this Court issued an order on March 29, 2010 setting the hearing on Defendants' motion to dismiss for Friday, October 1, 2010 at 9:00 a.m.;

**WHEREAS**, Defendants' lead counsel, who attended the hearing on Defendants' previous motion to dismiss, is unavailable on October 1 because he will be participating in an arbitration in New York;

**WHEREAS**, the next available date on the Court's calendar for the hearing on Defendants' motion to dismiss is Friday, October 8, 2010;

**WHEREAS**, the parties agree, subject to this Court's approval, to reschedule the

1 | hearing on Defendants' motion to dismiss for October 8, 2010 at 9:00 a.m.;

2 | **IT IS THEREFORE STIPULATED AND AGREED,** by and between Plaintiffs and

3 | Defendants, acting through their respective counsel, subject to this Court's approval, that the

4 | hearing on Defendants' motion to dismiss shall be set for Friday, October 8, 2010, at 9:00 a.m.

Dated: September 17, 2010

**GIRARD GIBBS LLP**

By: /s/ Aaron M. Sheanin
Daniel C. Girard, dcg@girardgibbs.com
Jonathan K. Levine, jkl@girardgibbs.com
Aaron M. Sheanin, ams@girardgibbs.com
Christina H. C. Sharp, chc@girardgibbs.com
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

*Attorneys for Class Plaintiffs*

**O'MELVENY & MYERS LLP**

By: /s/ Jonathan Rosenberg
Jonathan Rosenberg, jrosenberg@omm.com
B. Andrew Bednark, abednark@omm.com
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Robert Stern, rstern@omm.com
1625 Eye Street NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

Debra S. Belaga, dbelaga@omm.com
Aaron M. Rofkahr, arofkahr@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

*Attorneys for Defendants*

**FREELAND COOPER & FOREMAN LLP**

By: /s/ Stewart H. Foreman
Stewart H. Foreman,
foreman@freelandlaw.com
Daniel T. Bernhard,
bernhard@freelandlaw.com
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332

- 2 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. C09 02014 JSW

1  **MOOMJIAN, WAITE, WACTLAR &**
2  **COLEMAN, LLP**
   Edward S. Wactlar,
3  ewactlar@mwwcllp.com
   Jill T. Braunstein,
4  jbraunstein@mwwcllp.com
   100 Jericho Quadrangle, Suite 225
5  Jericho, New York 11753
   Telephone: (516) 937-5900
6  Facsimile: (516) 937-5050

7  *Attorneys for Aeroflex Incorporated*

8

9      I attest that concurrence in the filing of this document has been obtained by Aaron M.

10 Sheanin and Stewart H. Foreman.

11
        Dated: September 17, 2010
12

13                                          By:      /s/
                                               Aaron M. Rofkahr
14

- 3 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. C09 02014 JSW

## [PROPOSED] ORDER

Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that the hearing on Defendants' motion to dismiss shall be set for Friday, ~~October 8, 2010~~ October 15, 2010, at 9:00 a.m.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Date: September 17, 2010

*[signature]*
The Honorable Jeffrey S. White
United States District Judge

The parties are HEREBY ADVISED that they must notice motions in this case on open and available dates for terminal digits "1" or "2".