**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:BANK OF AMERICA CORP. AUCTION RATE SECURITIES (ARS) MARKETING LITIGATION,<br><br>This document relates to:<br><br>*Bondar v. Bank of America Corp., et al.,* 08-CV-2599 JSW<br><br>*Aeroflex v. Bank of America Corp., et al.*, 09-CV-5245 JSW<br>_____/ | No. 09-md-02014 JSW<br><br>**ORDER VACATING HEARING ON MOTIONS TO DISMISS** |

This matter is set for hearing on October 15, 2010, on Defendants' Motion to Dismiss. Having considered the parties' papers, relevant legal authority, and the record in this case, the Court finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). A ruling shall issue in due course.

**IT IS SO ORDERED.**

Dated: October 12, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE