1  Daniel C. Girard (State Bar No. 114826)
   dcg@girardgibbs.com
2  Jonathan K. Levine (State Bar No. 220289)
   jkl@girardgibbs.com
3  Todd I. Espinosa (State Bar No. 209591)
   tie@girardgibbs.com
4  **GIRARD GIBBS LLP**
   601 California Street, Suite 1400
5  San Francisco, CA 94108
   Telephone:  (415) 981-4800
6  Facsimile:   (415) 981-4846

7  *Lead Counsel for Plaintiffs and the Proposed Class*
8

9              **UNITED STATES DISTRICT COURT**

10          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12  **In re Bank of America Corp. Auction Rate Securities Marketing Litigation**    )  **MDL No. 09-2014 (JSW)**
                                                                                    )
13                                                                                  )  **LEAD PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**
14  This Document Relates to:                                                       )
                                                                                    )
15  *Bondar v. Bank of America Corp., et al.*                                       )  Date:  n/a
                                                                                    )  Time:  n/a
16             No. C 08-2599 (JSW)                                                  )  Before the Honorable Jeffrey S. White

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Lead Plaintiffs N.R. Hamm
2  Quarry, Inc. and Ed O'Gara (collectively, "Lead Plaintiffs") hereby give notice of their voluntary
3  dismissal of this action without prejudice.
4  In light of this voluntary dismissal without prejudice and in response to the Court's December
5  16, 2011 order to show cause (Dkt. Nos. 179, 180), Plaintiffs believe that a status conference is not
6  necessary.

8  Dated: January 4, 2012                    Respectfully submitted,
9                                            **GIRARD GIBBS LLP**

11                                           By:   /s/ Jonathan K. Levine
                                                   Jonathan K. Levine

13                                           Daniel C. Girard
                                             Todd I. Espinosa
                                             601 California Street, 14th Floor
14                                           San Francisco, CA 94108
                                             Telephone:  (415) 981-4800
15                                           Facsimile:  (415) 981-4846

16                                           **Lead Counsel for Plaintiffs**

# CERTIFICATE OF SERVICE

I, Jonathan K. Levine, hereby certify that on January 4, 2012, I caused the foregoing document to be filed electronically with the United States District Court for the Northern District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.stanford.edu/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of January, 2012 at San Francisco, California.

                                                                                           */s/ Jonathan K. Levine*